UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

KRISTINA MIKHAYLOVA,

                      Plaintiff,

      -against-

BLOOMINGDALE'S, INC, et al.,

                      Defendants.

------------------------------------- x

ORDER

19 Civ. 8927 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 30 2020

GEORGE B. DANIELS, United States District Judge:

The status conference is adjourned from July 8, 2020 to August 26, 2020 at 9:45 am.

Dated: New York, New York
       June 30, 2020

SO ORDERED.

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge