**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

KRISTINA MIKHAYLOVA,

                              Plaintiff,                                      ORDER

          -against-                                               19 Civ. 8927 (GBD)

BLOOMINGDALE'S, INC, et al.,

                              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

          The status conference scheduled for October 28, 2020 at 9:45 am is canceled.


Dated: New York, New York
          October 26, 2020

                                                  SO ORDERED.

                                                  _George B. Daniels_
                                                  GEORGE B. DANIELS
                                                  United States District Judge