UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
KRISTINA MIKHAYLOVA,

        Plaintiff,

  -against-

BLOOMINGDALE'S INC., BLOOMINGDALE'S,
LLC, MACY'S, INC., CHRISTOPHER
CASTELLANI, and RICHARD LAW,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 1 2 2021

ORDER

19 Civ. 8927 (GBD)

GEORGE B. DANIELS, United States District Judge:

The pretrial conference is adjourned from May 12, 2021 to June 16, 2021 at 9:45 a.m.

Dated: New York, New York
   May 11, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge