UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

KRISTINA MIKHAYLOVA,

                            Plaintiff,

        -against-

BLOOMINGDALE'S, INC., BLOOMINGDALE'S
INC. d/b/a BLOOMINGDALE'S AND FORTY
CARROTS, BLOOMINGDALE'S, LLC,
BLOOMINGDALE'S, LLC d/b/a
BLOOMINGDALE'S NEW YORK, MACY'S INC.,
MACY'S INC. d/b/a MACY'S OF NEW YORK,
CHRISTOPHER CASTELLANI, *individually*, and
RICHARD LAW, *individually*.

                          Defendants.

------------------------------------- x

ORDER

19 Civ. 08927 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 0 7 2021

GEORGE B. DANIELS, District Judge:

The parties' request for the court to extend discovery deadlines, (ECF No. 57), is GRANTED and is as follows:

- Fact discovery (including fact depositions) shall be completed by July 16, 2021;

- Affirmative experts' reports and Rule 26 affirmative experts' disclosures shall be served by August 6, 2021;

- Responsive experts' reports and Rule 26 responsive experts' disclosures shall be served by September 8, 2021;

- Experts' deposition shall be completed by September 29, 2021; and

- Dispositive motions shall be served by October 28, 2021, and in accordance with the timeframes for answering and reply papers in Paragraph 3 of the Case Management Plan and Schedule (ECF No. 47).

The parties' request to adjourn the final pretrial conference, (*id.*), is GRANTED. The final pretrial conference is adjourned from July 21, 2021 to November 17, 2021 at 10:00 a.m.

Dated: June 8, 2021
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE