USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 1 5 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

KRISTINA MIKHAYLOVA,

                              Plaintiff,

      -against-

BLOOMINGDALE'S, INC., BLOOMINGDALE'S
INC. d/b/a BLOOMINGDALE'S AND FORTY
CARROTS, BLOOMINGDALE'S, LLC,
BLOOMINGDALE'S, LLC d/b/a
BLOOMINGDALE'S NEW YORK, MACY'S INC.,
MACY'S INC. d/b/a MACY'S OF NEW YORK,
CHRISTOPHER CASTELLANI, *individually*, and
RICHARD LAW, *individually*.

                              Defendants.

------------------------------------- x

ORDER

19 Civ. 08927 (GBD)

GEORGE B. DANIELS, District Judge:

    The pretrial conference is adjourned from June 16, 2021 until August 4, 2021 at 9:45 a.m.

Dated: June 15, 2021
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE