UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

KRISTINA MIKHAYLOVA,

                               Plaintiff,

        -against-

BLOOMINGDALE'S, INC., BLOOMINGDALE'S
INC. d/b/a BLOOMINGDALE'S AND FORTY
CARROTS, BLOOMINGDALE'S, LLC,
BLOOMINGDALE'S, LLC d/b/a
BLOOMINGDALE'S NEW YORK, MACY'S INC.,
MACY'S INC. d/b/a MACY'S OF NEW YORK,
CHRISTOPHER CASTELLANI, *individually*, and
RICHARD LAW, *individually*.

                              Defendants.

------------------------------------ x

ORDER

19 Civ. 08927 (GBD)

GEORGE B. DANIELS, District Judge:

      The parties' request to extend discovery deadlines, (ECF No. 60), is GRANTED and is as follows:

- Fact discovery (including fact depositions) shall be completed by October 8, 2021;

- Affirmative experts' reports and Rule 26 affirmative experts' disclosures shall be served by October 29, 2021;

- Responsive experts' reports and Rule 26 responsive experts' disclosures shall be served by November 30, 2021;

- Experts' deposition shall be completed by December 21, 2021; and

- Dispositive motions shall be served by January 27, 2022, and in accordance with the timeframes for answering and reply papers in Paragraph 3 of the Case Management Plan and Schedule (ECF No. 47).

The parties' request to adjourn the pretrial conference, (*id.*), is GRANTED. The pretrial conference is adjourned from August 4, 2021 to October 6, 2021 at 9:45 a.m.

The parties' request to adjourn the final pretrial conference, (*id.*), is GRANTED. The final pretrial conference is adjourned from November 17, 2021 to February 2, 2022 at 10:00 a.m.

**AUG 0 3 2021**

Dated: ███████
New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE