UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
KRISTINA MIKHAYLOVA,

                              Plaintiff

-against-

BLOOMINGDALE'S, INC., BLOOMINGDALE'S, INC. d/b/a BLOOMINGDALE'S AND FORTY CARROTS, BLOOMINGDALE'S, LLC, BLOOMINGDALE'S, LLC d/b/a BLOOMINGDALE'S NEW YORK, MACY'S INC., MACY'S, INC. d/b/a MACY'S OF NEW YORK, UNITED STOREWORKERS RETAIL, WHOLESALE AND DEPARTMENT STORE UNION AFL-CIO LOCAL 3 a/k/a LOCAL 3 UNITED STOREWORKERS RWDSU/UFCW, DENNIS DIAZ, individually, CHRISTOPHER CASTELLANI, individually, RICHARD LAW, individually, and BOBBY BOOKER, individually,

                              Defendants.
------------------------------------------------------------------------X

Index No.: 19-cv-8927

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that YALE POLLACK, ESQ., of the firm CAMPOLO, MIDDLETON & McCORMICK, LLP, of Counsel to DEREK SMITH LAW GROUP, PLLC, hereby appears in the above-entitled action for plaintiff, KRISTINA MIKHAYLOVA, and hereby files this notice for purpose of receiving ECF alerts via email. This notice is not intended, and should not be construed, as a waiver of any jurisdictional defenses.

Dated: Ronkonkoma, New York
       November 8, 2021

                                                      **CAMPOLO, MIDDLETON & McCORMICK, LLP**
                                                      **Of Counsel to**
                                                      **DEREK SMITH LAW GROUP PLLC**

                                                      By: Yale Pollack, Esq.
                                                      *Attorneys for Plaintiff*
                                                      4175 Veterans Memorial Hwy., Ste. 400
                                                      Ronkonkoma, New York 11779
                                                      (631) 738-9100

TO:    All Parties *(Via ECF)*