UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
KRISTINA MIKHAYLOVA,

                Plaintiff

-against-

BLOOMINGDALE'S, INC., BLOOMINGDALE'S, INC. d/b/a BLOOMINGDALE'S AND FORTY CARROTS, BLOOMINGDALE'S, LLC, BLOOMINGDALE'S, LLC d/b/a BLOOMINGDALE'S NEW YORK, MACY'S INC., MACY'S, INC. d/b/a MACY'S OF NEW YORK, UNITED STOREWORKERS RETAIL, WHOLESALE AND DEPARTMENT STORE UNION AFL-CIO LOCAL 3 a/k/a LOCAL 3 UNITED STOREWORKERS RWDSU/UFCW, DENNIS DIAZ, individually, CHRISTOPHER CASTELLANI, individually, RICHARD LAW, individually, and BOBBY BOOKER, individually,

                Defendants.
------------------------------------------------------------------------X

Index No.: 19-cv-8927

NOTICE OF WITHDRAWAL

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

    **PLEASE TAKE NOTICE**, that YALE POLLACK, ESQ., of CAMPOLO, MIDDLETON & McCORMICK, LLP, which appeared as "of counsel" to DEREK SMITH LAW GROUP, PLLC, hereby withdraws as "of counsel" to DEREK SMITH LAW GROUP, PLLC, the attorneys for plaintiff, KRISTINA MIKHAYLOVA. DEREK SMITH LAW GROUP, PLLC will remain as attorneys of record for plaintiff, KRISTINA MIKHAYLOVA.

Dated: Ronkonkoma, New York
       December 3, 2021

                                        **CAMPOLO, MIDDLETON
                                        & McCORMICK, LLP
                                        Of Counsel to
                                        DEREK SMITH LAW GROUP PLLC**

                                        By: Yale Pollack, Esq.
                                        *Outgoing Attorney for Plaintiff*
                                        KRISTINA MIKHAYLOVA
                                        4175 Veterans Memorial Hwy., Ste. 400
                                        Ronkonkoma, New York 11779
                                        (631) 738-9100

TO:    All Parties *(Via ECF)*