UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
KRISTINA MIKHAYLOVA,

                                  Plaintiff

    -against-

BLOOMINGDALE'S, INC., BLOOMINGDALE'S, INC.
d/b/a BLOOMINGDALE'S AND FORTY CARROTS,
BLOOMINGDALE'S, LLC, BLOOMINGDALE'S, LLC
d/b/a BLOOMINGDALE'S NEW YORK, MACY'S INC.,
MACY'S, INC. d/b/a MACY'S OF NEW YORK, UNITED
STOREWORKERS RETAIL, WHOLESALE AND
DEPARTMENT STORE UNION AFL-CIO LOCAL 3 a/k/a
LOCAL 3 UNITED STOREWORKERS RWDSU/UFCW,
DENNIS DIAZ, individually, CHRISTOPHER
CASTELLANI, individually, RICHARD LAW, individually,
and BOBBY BOOKER, individually,

                                  Defendants.
-----------------------------------------------------------------------X

Index No.: 19-cv-8927

NOTICE OF WITHDRAWAL

DEC 13 2021

SO ORDERED:

*George B. Daniels*

George B. Daniels, U.S.D.J.

Dated: DEC 13 2021

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

    **PLEASE TAKE NOTICE**, that YALE POLLACK, ESQ., of CAMPOLO, MIDDLETON & McCORMICK, LLP, which appeared as "of counsel" to DEREK SMITH LAW GROUP, PLLC, hereby withdraws as "of counsel" to DEREK SMITH LAW GROUP, PLLC, the attorneys for plaintiff, KRISTINA MIKHAYLOVA. DEREK SMITH LAW GROUP, PLLC will remain as attorneys of record for plaintiff, KRISTINA MIKHAYLOVA.

Dated:  Ronkonkoma, New York
          December 3, 2021

                                                    **CAMPOLO, MIDDLETON
                                                    & McCORMICK, LLP**
                                                     Of Counsel to
                                                     **DEREK SMITH LAW GROUP PLLC**

                                                     */s/ Yale Pollack*
                                                     By: Yale Pollack, Esq.
                                                     *Outgoing Attorney for Plaintiff*
                                                     KRISTINA MIKHAYLOVA
                                                     4175 Veterans Memorial Hwy., Ste. 400
                                                     Ronkonkoma, New York 11779
                                                     (631) 738-9100

TO:    All Parties *(Via ECF)*