**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------x

KRISTINA MIKHAYLOVA,

                    Plaintiff,

    -against-                                    ORDER

BLOOMINGDALE'S, INC., BLOOMINGDALE'S,        19 Civ. 08927 (GBD)
INC. d/b/a BLOOMINGDALE'S AND FORTY
CARROTS, BLOOMINGDALE'S, LLC,
BLOOMINGDALE'S, LLC d/b/a
BLOOMINGDALE'S NEW YORK, MACY'S, INC.,
MACY'S, INC. d/b/a MACY'S OF NEW YORK,
UNITED STOREWORKERS RETAIL,
WHOLESALE AND DEPARTMENT STORE
UNION AFL-CIO LOCAL 3 a/k/a LOCAL 3
UNITED STOREWORKERS RWDSU/UFCW,
DENNIS DIAZ, individually, CHRISTOPHER
CASTELLANI, individually, RICHARD LAW,
individually, and BOBBY BOOKER, individually,

                    Defendants.

------------------------------------------x

GEORGE B. DANIELS, United States District Judge:

    At the request of the parties, all conferences are adjourned *sine die*.

Dated: April 18, 2022
       New York, New York

                                                        SO ORDERED.

                                                        *[signature]*
                                                        GEORGE B. DANIELS
                                                        UNITED STATES DISTRICT JUDGE