UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRISTINA MIKHAYLOVA,

                Plaintiff,

-v-

BLOOMINGDALE'S INC. et al.,

                Defendants.

CIVIL ACTION NO.: 19 Civ. 8927 (GBD) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic discovery conference held today, November 28, 2022, the Court orders as follows:

1. By **Monday, December 12, 2022**, Plaintiff Kristina Mikhaylova ("Ms. Mikhaylova") shall serve on Defendant Bloomingdale's, LLC ("Defendant") the following:

    a. Ms. Mikhaylova's bank statements from January 2017 through June 2017;

    b. Ms. Mikhaylova's text messages with YuYu Lai concerning Chanel products, from January 2017 through June 2017, in any format (e.g., texts, WhatsApp, Telegram, etc.); and

    c. Ms. Mikhaylova's responses to Defendant's second set of interrogatories 6, 8, 11, and 18.  (See ECF No. 81-1 at 14–15).

Dated:    New York, New York
             November 28, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**