UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRISTINA MIKHAYLOVA,

                Plaintiff,

-v-

BLOOMINGDALE'S INC. et al.,

                Defendants.

CIVIL ACTION NO.: 19 Civ. 8927 (GBD) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

By **Monday, March 13, 2023**, the parties shall file a joint letter (i) certifying the completion of fact discovery, (ii) outlining the status of expert discovery, and (iii) proposing deadlines for the completion of expert discovery.

Dated:    New York, New York
            March 8, 2023

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**