# DEREK SMITH
## LAW GROUP, PLLC
Employment Lawyers Representing Employees Exclusively

New York | Los Angeles | Philadelphia | Miami | New Jersey

September 6, 2023

**SO ORDERED:**

*George B. Daniels*

George B. Daniels, U.S.D

Date: SEP 11 2023

Via ECF
The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **_KRISTINA MIKHAYLOVA V. BLOOMINGDALE'S, INC., et al._**
*Case No. 19-8927*

Dear Judge Daniels,

I represent Plaintiff, Kristina Mikhaylova in the above-referenced matter. With the consent of Defendants' counsel and for the reasons set forth below, I respectfully request a one week, seven (7) day extension to the Defendants' Motion for Summary Judgment briefing deadlines and to extend the deadline for Expert Discovery until October 31, 2023. This is Plaintiff's fourth and final request. Your Honor previously granted Plaintiff's third request. (Dkt. No. 119).

I respectfully make this request due to the unforeseen hurricane Idalia that caused disruptions here in Florida. Defendants do not object to a seven (7) day request for an extension provided the Court also grants Defendants an additional extension to take the deposition of Plaintiff's expert, Dr. Frankel from September 25, 2023 to October 31, 2023. We respectfully make this request due to Plaintiff's expert's personal commitments including moving again and religious observances as well as scheduling conflicts with Defendants' counsel's commitments.

Accordingly, we respectfully request the following briefing and discovery schedule:

|  | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Plaintiff's opposition due | September 11, 2023 | September 18, 2023 |
| Defendants' reply due | September 25, 2023 | October 2, 2023 |

|  | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Expert Discovery Deadline | September 25, 2023 | October 31, 2023 |
| Completion of Fact Discovery deadline | October 2, 2023 | November 7, 2023 |

I thank Your Honor for your consideration in this matter.

Respectfully submitted,

*/s/ Melissa Mendoza*

Melissa Mendoza, Esq.
One Penn Plaza, Suite 4905
New York, New York 10119
(212) 587-0760

cc: Via ECF
Betty T. Tierney (Counsel for Defendants)
Steven Gerber (Counsel for Defendants)