# DEREK SMITH LAW GROUP, PLLC
**Employment Lawyers Representing Employees Exclusively**

New York | Los Angeles | Philadelphia | Miami | New Jersey

September 18, 2023

Via ECF
The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **_KRISTINA MIKHAYLOVA V. BLOOMINGDALE'S, INC., et al._**
       _Case No. 19-8927_

Dear Judge Daniels,

    I represent Plaintiff, Kristina Mikhaylova in the above-referenced matter. With the consent of Defendants' counsel and for the reasons set forth below, I respectfully request for a one (1) day extension to the Defendants' Motion for Summary Judgment briefing deadlines. This is Plaintiff's fifth and final request. Your Honor previously granted Plaintiff's fourth request. (Dkt. No. 121).

    I respectfully make this request because a modestly different version of the Defendants' filed 56.1 Undisputed Facts was previously provided to our office in word format some time ago. By happenstance while finalizing our opposition I realized the error and have been vigorously working to fix the discrepancy to meet the deadline today. However, out of an abundance of caution I am requesting a one-day extension to file our opposition to not prejudice my client as well as an additional one-day extension for Defendants to file their Reply as set forth below.

    Accordingly, I respectfully request the following briefing schedule:

|  | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Plaintiff's opposition due | September 18, 2023 | September 19, 2023 |
| Defendants' reply due | October 2, 2023 | October 3, 2023 |

I thank Your Honor for your consideration in this matter.

Respectfully submitted,

Melissa Mendoza, Esq.
One Penn Plaza, Suite 4905
New York, New York 10119

                        (212) 587-0760

cc: Via ECF  
Betty T. Tierney (Counsel for Defendants)  
Steven Gerber (Counsel for Defendants)