

**DEREK SMITH LAW GROUP, PLLC**
Employment Lawyers Representing Employees Exclusively

**New York | Los Angeles | Philadelphia | Miami | New Jersey**

September 18, 2023

Via ECF
The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

SEP 1 9 2023

Re: ***KRISTINA MIKHAYLOVA V. BLOOMINGDALE'S, INC., et al.***
*Case No. 19-8927*

Dear Judge Daniels,

I represent Plaintiff, Kristina Mikhaylova in the above-referenced matter. With the consent of Defendants' counsel and for the reasons set forth below, I respectfully request for a one (1) day extension to the Defendants' Motion for Summary Judgment briefing deadlines. This is Plaintiff's fifth and final request. Your Honor previously granted Plaintiff's fourth request. (Dkt. No. 121).

I respectfully make this request because a modestly different version of the Defendants' filed 56.1 Undisputed Facts was previously provided to our office in word format some time ago. By happenstance while finalizing our opposition I realized the error and have been vigorously working to fix the discrepancy to meet the deadline today. However, out of an abundance of caution I am requesting a one-day extension to file our opposition to not prejudice my client as well as an additional one-day extension for Defendants to file their Reply as set forth below.

Accordingly, I respectfully request the following briefing schedule:

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiff's opposition due | September 18, 2023 | September 19, 2023 |
| Defendants' reply due | October 2, 2023 | October 3, 2023 |

I thank Your Honor for your consideration in this matter.

Respectfully submitted,

*Melissa Mendoza*
Melissa Mendoza, Esq.
One Penn Plaza, Suite 4905
New York, New York 10119

(212) 587-0760

cc: Via ECF
Betty T. Tierney (Counsel for Defendants)
Steven Gerber (Counsel for Defendants)