# EXHIBIT 23

> Hey Sanela, I have you my Sunday.

> I have a question was there a limit to how many handbags we can purchase during sale?

> The ones that were on additional

Hi Kristina, thank you very much

No I don't think they said anything

> I just remember Cathy telling us we had no limits on any of the additional merchandise on sale so I wanted to confirm

I honestly did not hear what she said the last time we had a promotion

Everything ok?

> Yes iam just asking my coworker is asking

MIKHAYLOVA_00197

> The ones that were on additional

Hi Kristina, thank you very much

No I don't think they said anything

> I just remember Cathy telling us we had no limits on any of the additional merchandise on sale so I wanted to confirm

I honestly did not hear what she said the last time we had a promotion

Everything ok?

> Yes iam just asking my coworker is asking

> She purchased a few pieces on sale and I told her that we had no limits that's why

Ok

06/20/2017 1:42PM FAX   718 487 4950      RECEIVED 06/20/2017 01:46PM
                                          ALL IN ONE PHARMACY                    0004/0007



Hey Amapara how are you? I miss you guys.

I have a question was there a limit to how many handbags we can purchase during sale?

The ones that were on additional limit

Miss you too! 😊😊 no there's no

1 (201) 705-3019

MIKHAYLOVA_00199

06/20/2017 1:42PM FAX 718 487 4950 · RECEIVED 06/20/2017 01:46PM ALL IN ONE PHARMACY · ☑0005/0007

Friday 3:12 PM

> Hey Kemi sorry to bother you I know your on vacation

> I just have a question was there a limit to how many handbags we can purchase during sale?

> The ones that were on addition

No limit on the 60/20/20

Hey girl

No bother just waiting on my uber to take me away lol..

Is everything ok?

> Iam so excited for you I know your going to Italy.

> Iam on my Fmla leave and my girls are asking me so Iam just making sure

> What about on the 30/20/20

MIKHAYLOVA_00200

06/20/2017 1:42PM FAX 718 487 4950    RECEIVED 06/20/2017 01:46PM ALL IN ONE PHARMACY    ☒0006/0007

> limit to how many handbags we can purchase during sale?

> The ones that were on addition

No limit on the 60/20/20

Hey girl

No bother just waiting on my uber to take me away lol..

Is everything ok?

> Iam so excited for you I know your going to Italy.

> Iam on my Fmla leave and my girls are asking me so Iam just making sure

> What about on the 30/20/20

> I recall Cathy telling us there was no limit on sale

> I just want to confirm

MIKHAYLOVA_00201