**DEREK SMITH LAW GROUP, PLLC**
Employment Lawyers Representing Employees Exclusively

New York | Los Angeles | Philadelphia | Miami | New Jersey

September 22, 2023

Via ECF
The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  **_KRISTINA MIKHAYLOVA V. BLOOMINGDALE'S, INC., et al._**
_Case No. 19-8927_

Dear Judge Daniels,

    I represent Plaintiff, Kristina Mikhaylova in the above-referenced matter. I respectfully submit this letter pursuant to Your Honor's Rules to file Plaintiff's Exhibits 17, 21, and several pages from Exhibit 10, under seal pursuant to a Confidentiality Order in this action (Dkt No. 49).

    After serving and conferring with Defense Counsel on the documents subject to the confidentiality order, Defense counsel has requested solely the aforementioned documents be filed under seal as they contain personal, sensitive information of other employees.

    I thank Your Honor for your consideration in this matter.

Respectfully submitted,

_/s/ Melissa Mendoza_
Melissa Mendoza, Esq.
One Penn Plaza, Suite 4905
New York, New York 10119
(212) 587-0760

cc: Via ECF
Betty T. Tierney (Counsel for Defendants)
Steven Gerber (Counsel for Defendants)