# EXHIBIT A



New Window | Personalize Page

Request    Eligibility    History    Activity    Follow-up Letters    Attachments

**EmplID:** 72061886    Kristina Mikhaylova                    **Payroll Status:**   Terminated

**Request**                                                                                                              1 of 2

**Location:** 72001    Bloomingdale's - NY 59th St    **Work State:** New York    **Region:**

**Service Date:** 05/03/2016    **Last Hire Dt:** 05/03/2016    **Org Hire:** 05/03/2016    **Officer Cd:** None

**Reg/Temp:** Regular    **Full/Part Time:** FT    **Empl Class:** Hourly    **Empl Type:** Hourly

**Avg Hrs:**    **Std Hours:** 37.50    **Frequency:** Weekly    **Union:** RWDSU-Loc3

**Reason:** A serious health condition that prevents me from performing the essential functions of my job

☐ **Work-Related**

**Eligible Plans**

| Type | Leave Code | Leave Plan | Status |
|---|---|---|---|
| Federal: | Federal FMLA Disability | Federal FMLA | ☑ |
| State: | | | ☐ |
| Company: | Six Months or Greater - Med | Company Medical | ☑ |
| Same Leave Reason Within The Last 12 Months: | | | ☐ |
| Max Company Leave / Balance: | | 26.0 / 26.0 | |

**FMLA Request ID:** 002

**Request**

**Emp Request Dt:** 06/08/17  1:35:09.000000PM

**Track Begin Date:** 06/08/2017

**Process Date:** 06/08/2017

**Leave Begin Date:** 04/23/2017

**Estimated Return Date:** 11/22/2017

**Actual Return/Term Date:**

◯ **Expected/Open**    ⦿ **Actual/Completed**

**Leave Type:** Intermittent

| **Planned Intermittent Leave** |
|---|
| ◯ Yes    ⦿ No |

**Approval**

**Approval Status:** COM    Complete

**FMLA Job Action:**

**Action Reason:**

**Approver:** L027245

**Apprvl Dt:** 06/08/2017

**Cancelled On:**

**Case Manager** L027245

☐ **Override**

Create OnDemand WorkList

Save    Return to Search    Previous in List    Next in List

Request | Eligibility | History | Activity | Follow-up Letters | Attachments

BLM000785