# EXHIBIT B

New Window | Personalize Page

Request | Eligibility | History | **Activity** | Follow-up Letters | Attachments

| **EmplID:** 72061886 | Kristina Mikhaylova | | **Payroll Status:** | Terminated |

### Request
1 of 2

| **Location:** 72001 | Bloomingdale's - NY 59th St | **Work State:** New York | **Region:** | |
|---|---|---|---|---|
| **Service Date:** 05/03/2016 | **Last Hire Dt:** 05/03/2016 | **Org Hire:** 05/03/2016 | **Officer Cd:** None | |
| **Reg/Temp:** Regular | **Full/Part Time:** FT | **Empl Class:** Hourly | **Empl Type:** Hourly | |
| **Avg Hrs:** | **Std Hours:** 37.50 | **Frequency:** Weekly | **Union:** RWDSU-Loc3 | |

**Reason:** A serious health condition that prevents me from performing the essential functions of my job

☐ Work-Related

### Eligible Plans

| Type | Leave Code | Leave Plan | Status |
|---|---|---|---|
| Federal: | Federal FMLA Disability | Federal FMLA | ☑ |
| State: | | | ☐ |
| Company: | Six Months or Greater - Med | Company Medical | ☑ |
| Same Leave Reason Within The Last 12 Months: | | | ☐ |
| Max Company Leave / Balance: | | | 26.0 / 26.0 |

**Request ID:** 002   **Begin Date:** 04/23/2017   **Estimated Return Date:** 11/22/2017   **Approval Status:** Complete
**Leave Type:** Intermittent   **Date of Determination:** 06/08/2017

[Insert New Activity]

### Activity

Personalize | Find | View All | | First  1-6 of 12  Last

Activity Data   Audit Data

| | Follow Up | Activity Date | Activity Type | Priority | Start Date | End Date | Comments |
|---|---|---|---|---|---|---|---|
| 1 | ☐ | 07/21/2017 | Returned Mail | Low | | | Rec'd returned Cert mail (Final Missing tr dtd 6/01/17). Unclaimed. |
| 2 | ☐ | 06/20/2017 | Follow up Completed | Low | | | completed per term report |
| 3 | ☐ | 06/20/2017 | Leave Status Update | Low | | | Status Changed from APP to COM |
| 4 | ☐ | 06/20/2017 | Int. FMLA frequency | Low | | | 5 time per 1 week 6 months 2 hours per episode |
| 5 | ☐ | 06/08/2017 | Follow Up Needed | Low | 11/23/2017 | 11/23/2017 | COM leave |
| 6 | ☐ | 06/08/2017 | Follow Up Needed | Low | 11/01/2017 | 11/01/2017 | send Fut Exp Letter |

Create OnDemand WorkList                    Return to Audit Work List

[Save] [Return to Search] [Previous in List] [Next in List]

Request | Eligibility | History | Activity | Follow-up Letters | Attachments