# EXHIBIT C

New Window | Personalize Page

Request   Eligibility   History   **Activity**   Follow-up Letters   Attachments

**EmplID:** 72061886   Kristina Mikhaylova   **Payroll Status:** Terminated

### Request   1 of 2

| | | | |
|---|---|---|---|
| **Location:** 72001 | Bloomingdale's - NY 59th St | **Work State:** New York | **Region:** |
| **Service Date:** 05/03/2016 | **Last Hire Dt:** 05/03/2016 | **Org Hire:** 05/03/2016 | **Officer Cd:** None |
| **Reg/Temp:** Regular | **Full/Part Time:** FT | **Empl Class:** Hourly | **Empl Type:** Hourly |
| **Avg Hrs:** | **Std Hours:** 37.50 | **Frequency:** Weekly | **Union:** RWDSU-Loc3 |

**Reason:** A serious health condition that prevents me from performing the essential functions of my job

☐ Work-Related

### Eligible Plans

| Type | Leave Code | Leave Plan | Status |
|---|---|---|---|
| Federal: | Federal FMLA Disability | Federal FMLA | ☑ |
| State: | | | ☐ |
| Company: | Six Months or Greater - Med | Company Medical | ☑ |
| Same Leave Reason Within The Last 12 Months: | | | ☐ |
| Max Company Leave / Balance: | | | 26.0 / 26.0 |

**Request ID:** 002   **Begin Date:** 04/23/2017   **Estimated Return Date:** 11/22/2017   **Approval Status:** Complete
**Leave Type:** Intermittent   **Date of Determination:** 06/08/2017

[Insert New Activity]

### Activity

Personalize | Find | View All | | First   7-12 of 12   Last

Activity Data   Audit Data

| | Follow Up | Activity Date | Activity Type | Priority | Start Date | End Date | Comments |
|---|---|---|---|---|---|---|---|
| 7 | ☐ | 06/08/2017 | Approval Letter | Low | | | Sent via mail. |
| 8 | ☐ | 06/08/2017 | Documentation Received | Low | | | Attachment type 4606-Fax-LOA Approval Letter has been inserted. |
| 9 | ☐ | 06/08/2017 | Leave Status Update | Low | | | Status Changed from PND to APP |
| 10 | ☐ | 06/08/2017 | New Leave Packet | Low | | | Sent via email. Must respond by 6/24/2017. |
| 11 | ☐ | 06/08/2017 | Leave Status Update | Low | | | Status Changed from OPN to PND |
| 12 | ☐ | 06/08/2017 | Case Manager | Low | | | Case Manager Assigned: L027245 |

Create OnDemand WorkList                           Return to Audit Work List

[Save]   [Return to Search]   [Previous in List]   [Next in List]

Request | Eligibility | History | Activity | Follow-up Letters | Attachments

BLM000789