UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| KRISTINA MIKHAYLOVA, | Civil Action No. 1:19-cv-08927-GDB |
| Plaintiff, | |
| -against- | **DECLARATION OF**<br>**MELISSA MENDOZA, ESQ.** |
| BLOOMINGDALE'S, INC., BLOOMINGDALE'S,<br>INC. d/b/a BLOOMINGDALE'S AND FORTY<br>CARROTS, BLOOMINGDALE'S, LLC,<br>BLOOMINGDALE'S, LLC d/b/a<br>BLOOMINGDALE'S NEW YORK, MACY'S,<br>INC., MACY'S, INC. d/b/a MACY'S OF NEW<br>YORK, UNITED STOREWORKERS RETAIL,<br>WHOLESALE AND DEPARTMENT STORE<br>UNION AFL-CIO LOCAL 3 a/k/a LOCAL 3<br>UNITED STOREWORKERS RWDSU/UFCW,<br>DENNIS DIAZ, individually, CHRISTOPHER<br>CASTELLANI, individually, RICHARD LAW,<br>individually, and BOBBY BOOKER, individually, | |
| Defendants. | |

---

I, MELISSA MENDOZA, of full age, hereby state as follows:

1.    I am an attorney at law of the State of New York and admitted to practice before

this Court. I am an attorney with the law firm of Derek Smith Law Group, PLLC, the counsel

of record for the Plaintiff, Kristina Mikhaylova ("Plaintiff") in this action. As such, I am fully

familiar with the facts and circumstances contained herein.

2.    This declaration is submitted in opposition to the Defendants' Reply in Support of

Motion for Summary Judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure.

3.    Annexed collectively hereto as **Exhibit 1** are true and correct copies of Defendants'

Document Production, bates numbers BLM 754-806.

1

2

4.    Annexed collectively hereto as Exhibit 2 are true and correct copies of the

Supplemental Declaration of Plaintiff.

Pursuant to 28 U.S.C. §1746(2), I, the undersigned, declare under penalty of perjury that the

foregoing is true and correct.

Dated:        October 31, 2023
              New York, New York

                                                          */s/Melissa Mendoza*

                                                          Melissa Mendoza