

Request   Eligibility   History   Activity   Follow-up Letters   Attachments

**EmplID:** 72061886   Kristina Mikhaylova          **Payroll Status:** Terminated

### Request                                                                2 of 2

| | | | |
|---|---|---|---|
| **Location:** 72001 | Bloomingdale's - NY 59th St | **Work State:** New York | **Region:** |
| **Service Date:** 05/03/2016 | **Last Hire Dt:** 05/03/2016 | **Org Hire:** 05/03/2016 | **Officer Cd:** None |
| **Reg/Temp:** Regular | **Full/Part Time:** FT | **Empl Class:** Hourly | **Empl Type:** Hourly |
| **Avg Hrs:** | **Std Hours:** 37.50 | **Frequency:** Weekly | **Union:** RWDSU-Loc3 |

**Reason:** A serious health condition that prevents me from performing the essential functions of my job

☐ **Work-Related**

### Eligible Plans

| Type | Leave Code | Leave Plan | Status |
|---|---|---|---|
| **Federal:** | Federal FMLA Disability | Federal FMLA | ☑ |
| **State:** | | | ☐ |
| **Company:** | Six Months or Greater - Med | Company Medical | ☑ |
| **Same Leave Reason Within The Last 12 Months:** | | | ☐ |
| **Max Company Leave / Balance:** | | | 26.0 / 26.0 |

**FMLA Request ID:** 001

#### Request

| | |
|---|---|
| **Emp Request Dt:** | 05/15/17 3:26:32.000000PM |
| **Track Begin Date:** | 05/15/2017 |
| **Process Date:** | 05/15/2017 |
| **Leave Begin Date:** | 05/15/2017 |
| **Estimated Return Date:** | 05/16/2017 |

**Actual Return/Term Date:**

○ Expected/Open   ● Actual/Completed

**Leave Type:**   Intermittent

**Planned Intermittent Leave**

○ Yes   ● No

#### Approval

**Approval Status:** CAN   Cancelled

**FMLA Job Action:**

**Action Reason:**

**Approver:**

**Apprvl Dt:**

**Cancelled On:**   06/08/2017

**Case Manager**   L027245

☐ **Override**

Create OnDemand WorkList

[Save]  [Return to Search]  [Previous in List]  [Next in List]

Request | Eligibility | History | Activity | Follow-up Letters | Attachments

BLM000754



New Window | Personalize Pag

| Request | Eligibility | History | Activity | Follow-up Letters | Attachments |

**EmplID:** 72061886   Kristina Mikhaylova      **Payroll Status:** Terminated

**Request**                                                                    2 of 2

**Location:** 72001   Bloomingdale's - NY 59th St   **Work State:** New York   **Region:**

**Service Date:** 05/03/2016   **Last Hire Dt:** 05/03/2016   **Org Hire:** 05/03/2016   **Officer Cd:** None

**Reg/Temp:** Regular   **Full/Part Time:** FT   **Empl Class:** Hourly   **Empl Type:** Hourly

**Avg Hrs:**      **Std Hours:** 37.50   **Frequency:** Weekly   **Union:** RWDSU-Loc3

**Reason:** A serious health condition that prevents me from performing the essential functions of my job

☐ **Work-Related**

**Eligible Plans**

| Type | Leave Code | Leave Plan | Status |
|---|---|---|---|
| Federal: | Federal FMLA Disability | Federal FMLA | ☑ |
| State: | | | ☐ |
| Company: | Six Months or Greater - Med | Company Medical | ☑ |
| Same Leave Reason Within The Last 12 Months: | | | ☐ |
| Max Company Leave / Balance: | | | 26.0 / 26.0 |

**Request ID:** 001   **Begin Date:** 05/15/2017   **Estimated Return Date:** 05/16/2017   **Approval Status:** Cancelled

**Leave Type:** Intermittent   **Date of Determination:** 05/15/2017

**Federal - Track ON**

**Fed Plan ID:**   FML   Federal FMLA
**Fed Leave Code:**   FDD   Federal FMLA Disability
**Fed Year Begin Date:**   05/15/2016

| **Eligible Hours:** | 1805 | ☑ Eligible | **Entitlement Determination** | | |
|---|---|---|---|---|---|
| | | | | Weeks = Std-Hours | |
| **Eligible Svc Weeks:** | 55 | ☑ Eligible | **As of Requested Begin Dt:** | 12.0 | 450.00 |
| **Leave Exhaustion Date:** | 05/14/2018 | | **As of Expected Return Dt:** | | |

**Company Medical - Track ON**

**Company Plan ID:**   CPM   Company Medical
**Company Leave Code:**   CPM   Six Months or Greater - Med
**Company Year Begin Date:**   05/15/2016

| **Months of Service:** | 12.4 | ☑ Eligible | **Entitlement Determination** | | |
|---|---|---|---|---|---|
| | | | | Weeks = Std-Hours | |
| | | | **As of Requested Begin Dt:** | 26.0 | 975.00 |
| **Leave Exhaustion Date:** | 05/14/2018 | | **As of Expected Return Dt:** | | |

Create OnDemand WorkList

[ Company Manual Override ]

[ Save ]   [ Return to Search ]   [ Previous in List ]   [ Next in List ]

Request | Eligibility | History | Activity | Follow-up Letters | Attachments

BLM000755



New Window | Personalize Pag...

| Request | Eligibility | **History** | Activity | Follow-up Letters | Attachments |

**EmplID:** 72061886   Kristina Mikhaylova    **Payroll Status:** Terminated    🔍 ◀ ▶

**Request**                                                                2 of 2

**Location:** 72001    Bloomingdale's - NY 59th St    **Work State:** New York    **Region:**

**Service Date:** 05/03/2016    **Last Hire Dt:** 05/03/2016    **Org Hire:** 05/03/2016    **Officer Cd:** None

**Reg/Temp:** Regular    **Full/Part Time:** FT    **Empl Class:** Hourly    **Empl Type:** Hourly

**Avg Hrs:**    **Std Hours:** 37.50    **Frequency:** Weekly    **Union:** RWDSU-Loc3

**Reason:** A serious health condition that prevents me from performing the essential functions of my job

☐ Work-Related

**Eligible Plans**

| Type | Leave Code | Leave Plan | Status |
|------|-----------|-----------|--------|
| **Federal:** | Federal FMLA Disability | Federal FMLA | ☑ |
| **State:** | | | ☐ |
| **Company:** | Six Months or Greater - Med | Company Medical | ☑ |
| **Same Leave Reason Within The Last 12 Months:** | | | ☐ |
| **Max Company Leave / Balance:** | | | 26.0 / 26.0 |

**Request ID:** 001    **Begin Date:** 05/15/2017    **Estimated Return Date:** 05/16/2017    **Approval Status:** Cancelled

**Leave Type:** Intermittent    **Date of Determination:** 05/15/2017

───── **Leave Summaries** ─────

[ Expand All ]

Minutes Conversion Help

▶ **Federal Leave Summary**

| Entitlement Summary | | | Leave Summary | | |
|---|---|---|---|---|---|
| As of Leave Begin: | Weeks: 12.0 | Hours: 450.00 | Scheduled: | Weeks: | Hours: |
| Remaining Today: | Weeks: 12.0 | Hours: 450.00 | Taken Today: | Weeks: | Hours: |

▶ **History**    View All | First  1 of 1  Last

| Week Begin Dt | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Adjusted Hours | Total Hours for Week |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | |

▶ **Company Medical Leave Summary**

| Entitlement Summary | | | Leave Summary | | |
|---|---|---|---|---|---|
| As of Leave Begin: | Weeks: 26.0 | Hours: 975.00 | Scheduled: | Weeks: | Hours: |
| Remaining Today: | Weeks: 26.0 | Hours: 975.00 | Taken Today: | Weeks: | Hours: |

▶ **History**    View All | First  1 of 1  Last

| Week Begin Dt | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Adjusted Hours | Total Hours for Week |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | |

Create OnDemand WorkList

[ 💾 Save ]  [ 🔍 Return to Search ]  [ ⬆ Previous in List ]  [ ⬇ Next in List ]

Request | Eligibility | History | Activity | Follow-up Letters | Attachments

BLM000756

New Window | Personalize Pag

| Request | Eligibility | History | **Activity** | Follow-up Letters | Attachments |

| EmplID: 72061886 | Kristina Mikhaylova | | Payroll Status: | Terminated | 🔍 ◀ ▶ |

### Request                                                                          2 of 2

| | | | |
|---|---|---|---|
| **Location:** 72001 | Bloomingdale's - NY 59th St | **Work State:** New York | **Region:** |
| **Service Date:** 05/03/2016 | **Last Hire Dt:** 05/03/2016 | **Org Hire:** 05/03/2016 | **Officer Cd:** None |
| **Reg/Temp:** Regular | **Full/Part Time:** FT | **Empl Class:** Hourly | **Empl Type:** Hourly |
| **Avg Hrs:** | **Std Hours:** 37.50 | **Frequency:** Weekly | **Union:** RWDSU-Loc3 |

**Reason:** A serious health condition that prevents me from performing the essential functions of my job

☐ **Work-Related**

### Eligible Plans

| Type | Leave Code | Leave Plan | Status |
|---|---|---|---|
| **Federal:** | Federal FMLA Disability | Federal FMLA | ☑ |
| **State:** | | | ☐ |
| **Company:** | Six Months or Greater - Med | Company Medical | ☑ |
| **Same Leave Reason Within The Last 12 Months:** | | | ☐ |
| **Max Company Leave / Balance:** | | | 26.0 / 26.0 |

| | | | |
|---|---|---|---|
| **Request ID:** 001 | **Begin Date:** 05/15/2017 | **Estimated Return Date:** 05/16/2017 | **Approval Status:** Cancelled |
| **Leave Type:** Intermittent | | **Date of Determination:** 05/15/2017 | |

[ Insert New Activity ]

### Activity

Personalize | Find | View All | | First **1-6 of 10** Last

Activity Data   Audit Data

| | Follow Up | Activity Date | Activity Type | Priority | Comments |
|---|---|---|---|---|---|
| 1 | ☐ | 06/08/2017 | Call Inbound - Insite Self Srv | Low | Help how to enter missing time in Insite// |
| 2 | ☐ | 06/08/2017 | Leave Status Update | Low | Status Changed from PND to CAN |
| 3 | ☐ | 05/31/2017 | Letter Generated | Low | |
| 4 | ☐ | 05/31/2017 | Documentation Received | Low | Attachment type 4601-Fax-LOA request has been inserted. |
| 5 | ☐ | 05/31/2017 | Documentation Received | Low | Attachment type 4609-Fax-LOA Final Missing Letter has been inserted. |
| 6 | ☐ | 05/31/2017 | Mail Information Sent | Low | Letter Sent: Final Notice for Missing Doc |

Create OnDemand WorkList                                Return to Audit Work List

[ 💾 Save ] [ 🔍 Return to Search ] [ ⬆ Previous in List ] [ ⬇ Next in List ]

Request | Eligibility | History | Activity | Follow-up Letters | Attachments

BLM000757

New Window | Personalize Pag

Request    Eligibility    History    **Activity**    Follow-up Letters    Attachments

| EmplID: 72061886    Kristina Mikhaylova | Payroll Status: | Terminated |
|---|---|---|

**Request**                                                                                    2 of 2

| | | | |
|---|---|---|---|
| **Location:** 72001 | Bloomingdale's - NY 59th St | **Work State:** New York | **Region:** |
| **Service Date:** 05/03/2016 | **Last Hire Dt:** 05/03/2016 | **Org Hire:** 05/03/2016 | **Officer Cd:** None |
| **Reg/Temp:** Regular | **Full/Part Time:** FT | **Empl Class:** Hourly | **Empl Type:** Hourly |
| **Avg Hrs:** | **Std Hours:** 37.50 | **Frequency:** Weekly | **Union:** RWDSU-Loc3 |

**Reason:** A serious health condition that prevents me from performing the essential functions of my job

☐ **Work-Related**

**Eligible Plans**

| Type | Leave Code | Leave Plan | Status |
|---|---|---|---|
| **Federal:** | Federal FMLA Disability | Federal FMLA | ☑ |
| **State:** | | | ☐ |
| **Company:** | Six Months or Greater - Med | Company Medical | ☑ |
| **Same Leave Reason Within The Last 12 Months:** | | | ☐ |
| **Max Company Leave / Balance:** | | | 26.0 / 26.0 |

**Request ID:** 001    **Begin Date:** 05/15/2017    **Estimated Return Date:** 05/16/2017    **Approval Status:** Cancelled

**Leave Type:** Intermittent    **Date of Determination:** 05/15/2017

[ Insert New Activity ]

**Activity**

Personalize | Find | View All |    |    First   **7-10 of 10**   Last

Activity Data    Audit Data

| | Follow Up | Activity Date | Activity Type | Priority | Comments |
|---|---|---|---|---|---|
| 7 | ☐ | 05/15/2017 | Call Inbound - Elig/Exten | Low | new loa// EE call to set new loa// expl how to print from Insite// rtrn of CHCP by 05/31// adv look for e-mails for notifications// |
| 8 | ☐ | 05/15/2017 | New Leave Packet | Low | Sent via email. Must respond by 5/31/2017. |
| 9 | ☐ | 05/15/2017 | Leave Status Update | Low | Status Changed from OPN to PND |
| 10 | ☐ | 05/15/2017 | Case Manager | Low | Case Manager Assigned: L027245 |

Create OnDemand WorkList                              Return to Audit Work List

[ Save ]  [ Return to Search ]  [ Previous in List ]  [ Next in List ]

Request | Eligibility | History | Activity | Follow-up Letters | Attachments

BLM000758

New Window | Personalize Pag

| Request | Eligibility | History | Activity | **Follow-up Letters** | Attachments |

**EmplID:** 72061886      Kristina Mikhaylova                    **Payroll Status:**    Terminated

**Request**                                                                                    2 of 2

**Address 1:**   7330 198 St Apt 1                    **Address 2:**

**City:**   Fresh Meadows        **State:**   NY      **Zip:**   11366

**Telephone:**   646/270-0228      **Email:**   kristinamikhaylova@yahoo.com

**Preferred Contact:**   Email                Edit Contact Information

| | | | |
|---|---|---|---|
| **Location:** 72001  Bloomingdale's - NY 59th St | **Work State:** New York | **Region:** | |
| **Service Date:** 05/03/2016 | **Last Hire Dt:** 05/03/2016 | **Org Hire:** 05/03/2016 | **Officer Cd:** None |
| **Reg/Temp:** Regular | **Full/Part Time:** FT | **Empl Class:** Hourly | **Empl Type:** Hourly |
| **Avg Hrs:** | **Std Hours:** 37.50 | **Frequency:** Weekly | **Union:** RWDSU-Loc3 |

**Reason:**   A serious health condition that prevents me from performing the essential functions of my job

☐ **Work-Related**

**Eligible Plans**

| Type | Leave Code | Leave Plan | Status |
|---|---|---|---|
| **Federal:** | Federal FMLA Disability | Federal FMLA | ☑ |
| **State:** | | | ☐ |
| **Company:** | Six Months or Greater - Med | Company Medical | ☑ |
| **Same Leave Reason Within The Last 12 Months:** | | | ☐ |
| **Max Company Leave / Balance:** | | | 26.0 / 26.0 |

**Request ID:**   001    **Begin Date:** 05/15/2017    **Estimated Return Date:** 05/16/2017    **Approval Status:** Cancelled

**Leave Type:**   Intermittent           **Date of Determination:** 05/15/2017

**Follow-up Letters**

Personalize | Find |   |   First   **1 of 1**   Last

Generate Letter   Letter Dates   Certified Mail   Comments   Employee Address Info   HR Services Info   Audit

| | Letter | Description | Follow-up Date | Req | Completed | Edit | Generate/View | Delivery Method | Letter Sent |
|---|---|---|---|---|---|---|---|---|---|
| 1 | F_LOA_LTR901 | Final Notice for Missing Doc | 05/31/2017 | ☑ | ☑ | Edit | Generate/View | Mail | ☑ |

Create OnDemand WorkList

[Save]   [Return to Search]   [Previous in List]   [Next in List]

Request | Eligibility | History | Activity | Follow-up Letters | Attachments

BLM000759

New Window | Personalize Pag

| Request | Eligibility | History | Activity | Follow-up Letters | **Attachments** |

| EmplID: 72061886 | Kristina Mikhaylova | Payroll Status: | Terminated | 🔍 ◀ ▶ |

## Request

2 of 2

| Location: 72001 | Bloomingdale's - NY 59th St | Work State: | New York | Region: | |
|---|---|---|---|---|---|
| Service Date: | 05/03/2016 | Last Hire Dt: | 05/03/2016 | Org Hire: | 05/03/2016 | Officer Cd: | None |
| Reg/Temp: | Regular | Full/Part Time: | FT | Empl Class: | Hourly | Empl Type: | Hourly |
| Avg Hrs: | | Std Hours: | 37.50 | Frequency: | Weekly | Union: | RWDSU-Loc3 |

Reason: A serious health condition that prevents me from performing the essential functions of my job

☐ Work-Related

## Eligible Plans

| Type | Leave Code | Leave Plan | Status |
|---|---|---|---|
| **Federal:** | Federal FMLA Disability | Federal FMLA | ☑ |
| **State:** | | | ☐ |
| **Company:** | Six Months or Greater - Med | Company Medical | ☑ |
| **Same Leave Reason Within The Last 12 Months:** | | | ☐ |
| **Max Company Leave / Balance:** | | | 26.0 / 26.0 |

| Request ID: 001 | Begin Date: 05/15/2017 | Estimated Return Date: 05/16/2017 | Approval Status: Cancelled |
|---|---|---|---|
| Leave Type: | Intermittent | Date of Determination: 05/15/2017 | |

### Attachments

Attachment Info    Audit Info    

Personalize | Find |    |    First    **1-4 of 4**    Last

| | View | Create OnDemand WL | Attached File | Attach Code | Document Type | Doc Type Descr | File Extension |
|---|---|---|---|---|---|---|---|
| 1 | 📄 | ☐ | 72061886.001.AAMED.001.pdf | AAMED | 4615 | Fax-LOA Medical documentation/CHCP | PDF |
| 2 | 📄 | ☐ | F_LOA_ATT005.pdf | F_LOA_ATT005 | 4601 | Fax-LOA request | PDF |
| 3 | 📄 | ☐ | 72061886_kristina_mikhaylova_Fin_Mis_053117.pdf | F_LOA_LTR901 | 4609 | Fax-LOA Final Missing Letter | PDF |
| 4 | 📄 | ☐ | F_LOA_LTR032.pdf | F_LOA_LTR032 | 4601 | Fax-LOA request | PDF |

Create OnDemand WorkList

💾 Save    🔍 Return to Search    ⬆ Previous in List    ⬇ Next in List

Request | Eligibility | History | Activity | Follow-up Letters | Attachments

BLM000760

2017-06-02 16:31        exec fax        12127052399 >>     Fax Server  P 1/10

# ★b | Benefits

Leave of Absence
P.O. Box 17427
Clearwater, FL 33762
Fax: 1-800-310-7740
Ph: 1-800-234-MACY (6229)
Email: bloomingdales.loa@bloomingdales.com

**From:** Kristina Mikhaylova

**Payroll #:** 72061886

**Date:**

**Number of Pages Including Cover:**

**Comments:**

Leave of absence due to pregnancy difficulties

## HR Services Leave of Absence
## Fax #: 1-800-310-7740

### Please include this cover sheet with any information related to your leave of absence.

LTR032 - New Leave Request Packet (Non California, For Self)

Version 2.1

BLM000761

2017-06-02 16:31          exec fax          12127052399 >>          Fax Server  P 2/10

Kristina Mikhaylova

**Notice of Eligibility and Rights & Responsibilities (Family and Medical Leave Act)**

Payroll # 72061886

Store #72001

**U.S. Department of Labor**
Employment Standards Administration Wage and Hour Division

U.S. Wage and Hour Division
OMB Control Number:
1215-0181 Expires:
12/31/2011

In general, to be eligible an employee must have worked for an employer for at least 12 months, have worked at least 1,250 hours in the 12 months preceding the leave, and work at a site with at least 50 employees within 75 miles. While use of this form by employers is optional, a fully completed Form WH-381 provides employees with the information required by 29 C.F.R. § 825.300(b), which must be provided within five business days of the employee notifying the employer of the need for FMLA leave. Part B provides employees with information regarding their rights and responsibilities for taking FMLA leave, as required by 29 C.F.R. § 825.300(b), (c).

## [PART A – NOTICE OF ELIGIBILITY]

To: Kristina Mikhaylova

From: HR Services – Leave of Absence

Date: 5/16/2017

On 05/15/2017 you informed us that you needed leave beginning on 05/15/2017 for:

[]   The birth of a child, or placement of a child with you for adoption or foster care;

[X]   Your own serious health condition;

[]   Because you are needed to care for your [ ] spouse: [ ] child; [ ] parent due to his/her serious health condition.

[]   Because of a qualifying exigency arising out of the fact that your [ ] spouse; [ ] son or daughter; [ ] parent is on active duty or call to active duty status in support of a contingency operation as a member of the National Guard or Reserves.

[]   Because you are the [ ] spouse; [ ] son or daughter; [ ] parent; [ ] next of kin of a covered service member with a serious injury or illness.

This notice is to inform you that you:

[X]   Are eligible for FMLA leave (See Part B below for Rights and Responsibilities)

[]   Are not eligible for FMLA leave, because (only one reason need be checked, although you may not be eligible for other reasons):

[]   You have not met the FMLA's 12-month length of service requirement. As of the first date of requested leave, you will have worked approximately  months towards this requirement.

[]   You have not met the FMLA's 1,250-hours-worked requirement.

[]   You do not work and/or report to a site with 50 or more employees within 75-miles.

If you have any questions, contact HR Services at 1-800-234-MACY or view the FMLA poster located in your store HR location.

LTR032 - New Leave Request Packet (Non California, For Self)

Version 2.1

BLM000762

Kristina Mikhaylova_____Payroll # 72061886_____Store #72001
**[PART B – RIGHTS AND RESPONSIBILITIES FOR TAKING FMLA LEAVE]**

As explained in Part A, you meet the eligibility requirements for taking FMLA leave and still have FMLA leave available in the applicable 12-month period.  However, in order for us to determine whether your absence qualifies as FMLA leave, you must return the following information to us by 5/31/2017. (If a certification is requested, employers must allow at least 15 calendar days from receipt of this notice; additional time may be required in some circumstances.) If sufficient information is not provided in a timely manner, your leave may be denied.

[X]   Sufficient certification to support your request for FMLA leave. A certification form that sets forth the information necessary to support your request [X] is/ [ ] is not enclosed.

[ ]   Sufficient documentation to establish the required relationship between you and your family member.

[ ]   Other information needed: _____

**If your leave does qualify** as FMLA leave you will have the following responsibilities while on FMLA leave (only checked blanks apply):

[x]   If you are enrolled in benefits contact HR Services/Benefits at 1-800-234-6229(MACY) to make arrangements to continue to make your share of the premium payments on your health insurance to maintain health benefits while you are on leave.  You have a minimum 30-day (or, indicate longer period, if applicable) grace period in which to make premium payments.  If payment is not made timely, your group health insurance may be cancelled, provided we notify you in writing at least 15 days before the date that your health coverage will lapse, or, at our option, we may pay your share of the premiums during FMLA leave, and recover these payments from you upon your return to work.

[ ]   You will be required to use your available paid [ ] accrued PTO, and/or [ ] other leave during your FMLA absence.  This means that you will receive your paid leave and the leave will also be considered protected FMLA leave and counted against your FMLA leave entitlement.

[ ]   Due to your status within the company, you are considered a "key employee" as defined in the FMLA.  As a "key employee," restoration to employment may be denied following FMLA leave on the grounds that such restoration will cause substantial and grievous economic injury to us. We [ ] have/ [ ] have not determined that restoring you to employment at the conclusion of FMLA leave will cause substantial and grievous economic harm to us.

[x]   While on leave you will be required to furnish us with periodic reports of your status and intent to return to work every 30 days.  (Indicate interval of periodic reports, as appropriate for the particular leave situation).

**If the circumstances of your leave changes and you are able to return to work earlier than the date indicated on the reverse side of this form, you will be required to notify us at least two workdays prior to the date you intend to report for work.**

**If your leave does qualify** as FMLA leave you will have the following rights while on FMLA leave:
You have a right under the FMLA for up to 12 weeks of unpaid leave in a 12-month period calculated as:

[ ]   the calendar year (January – December).

[ ]   a fixed leave year based on _____.

[ ]   the 12-month period measured forward from the date of your first FMLA leave usage.

[x]   a "rolling" 12-month period measured backward from the date of any FMLA leave usage.

LTR032 - New Leave Request Packet (Non California, For Self)                              Version 2.1

BLM000763

Kristina Mikhaylova_____      Payroll # 72061886_____          Store #72001

- • You have a right under the FMLA for up to 26 weeks of unpaid leave in a single 12-month period to care for a covered service member with a serious injury or illness. This single 12-month period commenced on

- • Your health benefits must be maintained during any period of unpaid leave under the same conditions as if you continued to work.

- • You must be reinstated to the same or an equivalent job with the same pay, benefits, and terms and conditions of employment on your return from FMLA-protected leave. (If your leave extends beyond the end of your FMLA entitlement, you do not have return rights under FMLA.)

- • If you do not return to work following FMLA leave for a reason other than: 1) the continuation, recurrence, or onset of a serious health condition which would entitle you to FMLA leave; 2) the continuation, recurrence, or onset of a covered service member's serious injury or illness which would entitle you to FMLA leave; or 3) other circumstances beyond your control, you may be required to reimburse us for our share of health insurance premiums paid on your behalf during your FMLA leave.

- • If we have not informed you above that you must use accrued paid leave while taking your unpaid FMLA leave entitlement, you have the right to have [ ] accrued sick days, [x] accrued PTO (as applicable) and/or [x] other leave run concurrently with your unpaid leave entitlement, provided you meet any applicable requirements of the leave policy. Applicable conditions related to the substitution of paid leave are referenced or set forth below. If you do not meet the requirements for taking paid leave, you remain entitled to take unpaid FMLA leave.

[x]   For a copy of conditions applicable to sick days/PTO/other leave usage please refer to the information under your benefits while on leave and/or the company PTO policy.

Once we obtain the information from you as specified above, we will inform you, within 5 business days, whether your leave will be designated as FMLA leave and count towards your FMLA leave entitlement.  If you have any questions, please do not hesitate to contact:

1-800-234-MACY (6229)

I acknowledge that when I notified the Company of my need for Family Medical Leave Act, the Company provided me with notice of my rights and obligations and answered any questions I had presented.

06/02/17
_____
Date

_____Kristina Mikhaylova_____
Signature of Employee

This form will need to be mailed to:      Leave of Absence
P.O. Box 17427
Clearwater, FL 33762-0427

BLM000764

 **Benefits**

Leave of Absence
P.O. Box 17427
Clearwater, FL 33762
Fax: 1-800-310-7740
Ph: 1-800-234-MACY (6229)
Email: bloomingdales.loa@bloomingdales.com

5/16/2017

Kristina Mikhaylova
7330 198 St Apt 1
Fresh Meadows, NY 11366

Payroll # 72061886

Dear Kristina:

We have been notified that you are requesting a Leave of Absence for 05/15/2017 to (approximately) 08/14/2017. Enclosed you will find important information about your Leave of Absence and the documentation required in order for the Company to approve and/or continue your leave. It is important that you understand your responsibilities during your leave so please review this information carefully. If you have any questions regarding this information or what is requested, please contact us.

**Important – If you have not provided a health care certification your leave will be pending and not approved.** All information requested must be mailed or faxed to the HR Services Leave of Absence team to the address above. HR Services will administer your leave request. If you need assistance in completing the forms, or if there are circumstances that prevent you from meeting the deadlines, please call the HR Services Leave of Absence team at 1-800-234-MACY (6229) or your HR Manager as soon as possible.  Remember to stay in contact with your HR Manager regarding the status of your leave.

**Please complete the following forms, sign and return to HR SERVICES within 15 days.**
If we do not receive this information from you within 15 days, your leave may be delayed or denied.

- **Certification of Health Care Provider Needed**
- **Request for Leave of Absence Form Needed**
- Notice of Eligibility and Rights & Responsibilities to Employee Request for Family Medical Leave (FMLA) Needed

**Short Term Disability Benefit Information**

[X]    **If you are enrolled in a Short Term Disability plan at Macy's and if your leave is approved, you may be eligible to file a claim for Bloomingdale&apos;s Short Term Disability Benefit.** Please see "Your Benefits While on Leave", Short Term Disability Pay section. If you have any questions about your eligibility please call 1-800-234-MACY (6229).

Sincerely,

Demario J Rodriguez
HR Services Leave of Absence Team

LTR032 - New Leave Request Packet (Non California, For Self)

BLM000765

Kristina Mikhaylova          Payroll # 72061886          Store #72001

## REQUEST FOR LEAVE OF ABSENCE

- You may fax completed forms to HR Services 1-800-310-7740
- If you need assistance completing the forms, please contact your Human Resource Manager or HR Services at 1-800-234-6229(MACY).

Date Leave to Begin: __March 2013__ (Approximate) Date Leave to End: __November 2017__

I request that I be granted an:
- Original Leave of Absence
- Extension to my Leave of Absence

I am requesting my leave for the following reason:
- To care for my newborn, or the placement of a child with me for adoption or foster care;
- A serious health condition that prevents me from performing an essential function of my job
- A serious health condition for which I need to provide care for:
   ___ my spouse   ___ domestic partner (as defined by Company policy)
   ___ child   ___ parent
- My disability due to pregnancy or pregnancy related conditions.
- To care for a qualified ill/injured military service member (FMLA)
- Military Exigency leave (FMLA)
- Unpaid leave when spouse is on leave from qualified military deployment
- Military leave (USERRA)
- Other: please explain _____

Complete only if requesting leave on an intermittent basis:
Intermittent/Reduced hour schedule leave               Proposed Schedule
Reason for change in schedule-

I understand that:

1.  If I am granted the leave of absence requested above, I am expected to return to work on or before the date indicated above that my leave is to end. If I cannot return to work on this date, I must request an extension of my leave from my HR Services and Human Resources Manager. I agree to submit any additional supporting medical certification or documents requested by my Human Resource Manager and/or HR Services to support my leave of absence and/or any extension.

2.  I will remain an employee of the Company while on an approved leave of absence unless my position is eliminated as a result of business needs.

3.  I may not take a leave for the purpose of seeking, accepting or working at another place of employment. I may not accept employment, or be self-employed, if it is inconsistent with the restrictions provided by my Health Care Provider. Such actions while on a FMLA leave, or any other authorized leave, may be subject to discipline up to and including termination.

4.  Insurance premiums that I am responsible for will be deducted automatically from any disability pay or salary continuation benefits I am entitled to receive. I must directly pay any premiums not collected via payroll deductions, to Bloomingdale&apos;s. Failure to pay any insurance premiums due may result in my loss of insurance coverage.

5.  For certain leaves, I may be required to exhaust all applicable paid time off first. This may include PTO, holidays, or any other paid leave available to me. Please refer to the paid time off policy for accrual while on leave of absence.

6.  I must contact my Human Resource Manager and HR Services at least 2 weeks prior if possible and no later than 2 (two) business days prior to the date indicated as my return to work date. Failure to do so may result in a delay in my return to work.

7.  It is my obligation to notify HR Services of any change of address during my leave.

Employee Signature: __Kristina Mikhaylova__              Date: __06/02/17__

What Next?
You may fax completed forms to 1-800-310-7740 or bloomingdales.loa@bloomingdales.com. If you need assistance completing the forms, please contact your Human Resource Manager or HR Services at 1-800-234-6229(MACY).

LTR032 - New Leave Request Packet (Non California, For Self)                    Version 2.1

BLM000766

Kristina Mikhaylova                Payroll # 72061886                    Store #72001

Santhra kammani

Signature of Health Care Provider

06 / 01 / 2017

Date

## PAPERWORK REDUCTION ACT NOTICE AND PUBLIC BURDEN STATEMENT

If submitted, it is mandatory for employers to retain a copy of this disclosure in their records for three years. 29 U.S.C. § 2616; 29 C.F.R. § 825.500. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. The Department of Labor estimates that it will take an average of 20 minutes for respondents to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, U.S. Department of Labor, Room S-3502, 200 Constitution Ave., NW, Washington, DC 20210.

Page 4

BLM000767

Kristina Mikhaylova _____ Payroll # 72061886 _____ Store #72001

## PART B: AMOUNT OF LEAVE NEEDED

5. Will the employee be incapacitated for a single continuous period of time, including any time for treatment and recovery? [X] No [ ] Yes

   If so, estimate the beginning and ending dates for the period of incapacity:

   _____

6. Will the employee need to attend follow-up treatment appointments or work part-time or on a reduced schedule because of the employee's medical condition? [X] No [ ] Yes

   If so, are the treatments or the reduced number of hours of work medically necessary? [X] No [ ] Yes

   Estimate treatment schedule, if any, including the dates of any scheduled appointments and the time required for each appointment, including any recovery period:

   *Needs to be seen every 4 weeks until 28 weeks and every 2 weeks until 36 weeks every week until delivery*

   Estimate the part-time or reduced work schedule the employee needs, if any:

   _____ hours per day _____ days per week from _____ to _____

7. Will the condition cause episodic flare-ups periodically preventing the employee from performing his/her job functions? [ ] No [X] Yes

   Is it medically necessary for the employee to be absent from work during the flare-ups? [ ] No [X] Yes
   If so, explain: *Patient has vomiting and Nausea because of pregnancy*

   Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have over the next 6 months (e.g., 1 episode every 3 months lasting 1-2 days):

   Frequency: __1__ times per __1__ week(s) __6__ month(s)

   Duration: __2__ hours or _____ days per episode

   ## ADDITIONAL INFORMATION: IDENTIFY QUESTION NUMBER WITH YOUR ADDITIONAL ANSWER

Page 3                                   CONTINUED ON NEXT PAGE

BLM000768

2017-06-02 16:34          exec fax          12127052399 >>          Fax Server   P 9/10

Kristina Mikhaylova                   Payroll # 72061886                 Store #72001

| Certification of Health Care Provider for Employee's Serious Health Condition (Family and Medical Leave Act) | U.S. Department of Labor<br>Employment Standards Administration<br>Wage and Hour Division |  |
| --- | --- | --- |

## SECTION I: For completion by the EMPLOYER

**INSTRUCTIONS to the EMPLOYER:** The Family and Medical Leave Act (FMLA) provides that an employer may require an employee seeking FMLA protections because of a need for leave due to a serious health condition to submit a medical certification issued by the employee's health care provider. Please complete Section I before giving this form to your employee. Your response is voluntary. While you are not required to use this form, you may not ask the employee to provide more information than allowed under the FMLA regulations, 29 C.F.R. §§ 825.306-825.308. Employers must generally maintain records and documents relating to medical certifications, recertifications, or medical histories of employees created for FMLA purposes as confidential medical records in separate files/records from the usual personnel files and in accordance with 29 C.F.R. § 1630.14(c)(1), if the Americans with Disabilities Act applies.

Employer name and contact: **Bloomingdale&apos;s HR Services Leave of Absence, 1-800-234-MACY (6229)**

Employee's job title: _____   Regular work schedule: _____

Employee's essential job functions: _____

Check if job description is attached: [ ]

## SECTION II: For completion by the EMPLOYEE

**INSTRUCTIONS to the EMPLOYEE:** Please complete Section II before giving this form to your medical provider. The FMLA permits an employer to require that you submit a timely, complete, and sufficient medical certification to support a request for FMLA leave due to your own serious health condition. If requested by your employer, your response is required to obtain or retain the benefit of FMLA protections. 29 U.S.C. §§ 2613, 2614(c)(3). Failure to provide a complete and sufficient medical certification may result in a denial of your FMLA request. 20 C.F.R. § 825.313. Your employer must give you at least 15 calendar days to return this form. 29 C.F.R. § 825.305(b).

Your name:  Kristina _____ Mikhaylova

| First | Middle | Last |
| --- | --- | --- |

## SECTION III: For completion by the HEALTH CARE PROVIDER

**INSTRUCTIONS to the HEALTH CARE PROVIDER:** Your patient has requested leave under the FMLA. Answer, fully and completely, all applicable parts. Several questions seek a response as to the frequency or duration of a condition, treatment, etc. Your answer should be your best estimate based upon your medical knowledge, experience, and examination of the patient. Be as specific as you can; terms such as "lifetime," "unknown," or "indeterminate" may not be sufficient to determine FMLA coverage. Limit your responses to the condition for which the employee is seeking leave. Please be sure to sign the form on the last page.

**Further Instructions to the Healthcare Provider as added by the Company:** The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide genetic information when responding to this request for medical information. "Genetic Information" as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Provider's name and business address:  Samtha Kammineni  1046-20 Aveeny BLVD

Type of practice / Medical specialty:  OB/GYN  Solo Sun 6 /Y

Telephone:  718 275 2673     Fax: 718 275 2673    Forest Hills, NY

Page 1                    CONTINUED ON NEXT PAGE              11375

LTR032 - New Leave Request Packet (Non California, For Self)                    Version 2.1

BLM000769

2017-06-02 16:35          exec fax          12127052399 >>          Fax Server  P 10/10

Kristina Mikhaylova _____ Payroll # 72061886 _____ Store #72001

**PART A: Medical Facts**

1. Approximate date condition commenced: 03 / 15 / 2017

   Probable duration of condition: until 11 / 22 / 2017

   **Mark below as applicable:**
   Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?
   [X] No [ ] Yes. If so, dates of admission: _____

   Date(s) you treated the patient for condition: 4 / 06 / 2017   5 / 03 / 2017

   Was medication, other than over-the-counter medication, prescribed? [ ] No [X] Yes

   Will the patient need to have treatment visits at least twice per year due to the condition? [ ] No [X] Yes

   Was the patient referred to other health care provider(s) for evaluation or treatment (e.g., physical therapist)?
   [X] No [ ] Yes. If so, state the nature of such treatments and expected duration of treatment:
   _____

2. Is the medical condition pregnancy? [ ] No [X] Yes. If so, expected delivery date: 11 / 22 / 2017

   Leave may be available for either baby bonding or in the event of a serious health condition. Please indicate the amount of time off needed for each category:

   Baby bonding _____ N/A _____

   Serious Health Condition _____ N/A _____

   If this information changes during the leave, please provide updated medical certification.

3. Use the information provided by the employer in Section I to answer this question. If the employer fails to provide a list of the employee's essential functions or a job description, answer these questions based upon the employee's own description of his/her job functions.

   Is the employee unable to perform any of his/her job functions due to the condition? [ ] No [X] Yes.

   If so, identify the job functions the employee is unable to perform:
   Patient has Morning Sickness

4. Describe other relevant facts, if any, related to the condition for which the employee seeks leave (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment):
   Patient is Vomiting and feeling Dizzy.
   _____
   _____

LTR032 - New Leave Request Packet (Non California, For Self)                    Version 2.1

BLM000770

## Certification of Health Care Provider
## for Associate's Medical Condition

| | |
|---|---|
| Please return completed form to: <br> □ HR Services-P.O. Box 17427-Clearwater, FL 33762 <br>    Facsimile 800-310-7740 <br> □ HR Services-P.O. Box 8060-Mason, OH 45040 <br>    Facsimile 800-283-3730 | Date Issued: 6/1/2017 <br> □ Associate's Illness/Disability <br> □ Work Incurred Illness/Disability <br> □ ADA Accomodation |

| Associate's Name:   Kristina                    Mikhaylova | Associate #  72061886 |
|---|---|
|        First       Middle       Last | |

| | |
|---|---|
| Telephone #: | Store/Location: 72001 |

Physician's Name (Print):

Office address:

City, State, Zip Code:

| | |
|---|---|
| Telephone #: | Facsimile #: |
| Physician's Signature | Date: |

### Instructions For Completion by the HEALTH CARE PROVIDER

**INSTRUCTIONS to the HEALTH CARE PROVIDER**: Your patient has requested a leave of absence for their medical condition.  Please answer, fully and completely, all applicable parts.  Several questions seek a response as to the frequency or duration of a condition, treatment, etc.  Your answer should be your best estimate based upon your medical knowledge, experience, and examination of the patient.  Be as specific as you can; terms such as "lifetime," "unknown," or "indeterminate" may not be sufficient to determine coverage under Company policy. Limit your responses to the condition for which the employee is seeking leave. Please be sure to sign and date the form on the last page.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law.  To comply with this law, we are asking that you not provide genetic information when responding to this request for medical information. "Genetic Information" as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Provider's name and business address: _____

Type of practice / Medical specialty: _____

Telephone:   (_____)_____       Fax:   (_____)_____

BLM000771

<u>**Kristina Mikhaylova**</u>   <u>**Payroll # 72061886**</u>   <u>**Store #72001**</u>

1.  Approximate date condition commenced: _____

    Probable duration of condition: _____

    **Mark below as applicable:**
    Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?
    [ ] No  [ ] Yes.  If so, dates of admission: _____

    Date(s) you treated the patient for condition:  _____

    Was medication, other than over-the-counter medication, prescribed?  [ ] No  [ ] Yes

    Will the patient need to have treatment visits at least twice per year due to the condition?  [ ] No  [ ] Yes

    Was the patient referred to other health care provider(s) for evaluation or treatment (e.g., physical therapist)?
    [ ] No  [ ] Yes.  If so, state the nature of such treatments and expected duration of treatment.
    _____

    _____

2.  Is the medical condition pregnancy?  [ ] No [ ] Yes.  If so, expected delivery date: _____
    Leave may be available for either baby bonding or in the event of a serious health condition.  Please indicate the amount of time off needed for each category:

    Baby bonding _____

    Serious Health Condition _____

    If this information changes during the leave, please provide updated medical certification.

3.  Is the employee unable to perform any of his/her job functions due to the condition?  [ ] No [ ] Yes.

    If so, identify the job functions the employee is unable to perform:

    _____

4.  Describe other relevant facts, if any, related to the condition for which the employee seeks leave (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment):
    _____

    _____

    _____

    _____

PART B: AMOUNT OF LEAVE NEEDED

5.  Will the employee be incapacitated for a single continuous period of time, including any time for treatment and recovery?  [ ] No  [ ] Yes

    If so, estimate the beginning and ending dates for the period of incapacity: _____

BLM000772

<u>**Kristina Mikhaylova**</u>   <u>**Payroll # 72061886**</u>   <u>**Store #72001**</u>

6. Will the employee need to attend follow-up treatment appointments or work part-time or on a reduced schedule because of the employee's medical condition?  [ ] No  [ ] Yes

   If so, are the treatments or the reduced number of hours of work medically necessary? [ ] No  [ ] Yes

7. Estimate treatment schedule, if any, including the dates of any scheduled appointments and the time required for each appointment, including any recovery period:

   _____

   _____

8. Estimate the part-time or reduced work schedule the employee needs, if any:

   _____ hours per day _____ days per week from _____ to _____

9. Will the condition cause episodic flare-ups periodically preventing the employee from performing his/her job functions?   [ ] No [ ] Yes

   Is it medically necessary for the employee to be absent from work during the flare-ups? [ ] No   Yes
   If so, explain: _____

   _____

   _____

10. Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have over the next 6 months (e.g., 1 episode every 3 months lasting 1-2 days):

    Frequency: _____ times per _____ week(s) _____ month(s)

    Duration: _____ hours or _____ days per episode

    <span style="background-color:#cccccc">ADDITIONAL INFORMATION:</span>

    _____

    _____

    _____

    _____

    _____

    _____

    _____

    _____

    _____

    _____
    Signature of Health Care Provider                                   Date

BLM000773



Leave of Absence
P.O. Box 17427
Clearwater, FL 33762-0427
Ph:  1-800-234-MACY
Fax: 1-800-310-7740
E-Mail: bloomingdales.loa@bloomingdales.com

June 01, 2017                                                                                 Payroll # 72061886

Kristina Mikhaylova
7330 198 St Apt 1
Fresh Meadows, NY 11366

Dear Kristina,

In our previous letter to you dated May 16, 2017 we requested you provide us with information required to update your leave of absence status.  The letter indicated we needed the information from you within 15 days or by May 31, 2017, and asked you to call if you would be unable to get the information within the required time frame.  You needed to send:

|   | |
|---|---|
| X | Completed Health Care Provider's Certification |
|   | Completed Certification of Qualifying Exigency For Military Family Leave |
|   | Completed Reasonable Accommodation Inquiry |

As of today, we have not received the requested information from you, nor have we received a call from you to make other arrangements.  Because you have not submitted the requested information necessary to support your need for a leave of absence, your absence from work is considered unauthorized. If we do not receive the requested information within 3 days of receipt of this letter we will process your separation from the company effective June 12, 2017. Your employee discount will terminate as of this date as well. If you have medical benefits, HR Services/Benefits will send you information regarding your Benefits and continued coverage under the provisions of COBRA.  Specific questions regarding your Benefits may be directed to 1-800-234-MACY (6229).

 If your leave request was for intermittent leave and you are currently working, you must provide us with the documentation requested above to avoid the application of the Company's regular attendance policies.

 If you have any questions regarding your separation from the company, or anything else, please contact your Human Resource Manager. If you submitted the requested information in the required time frame and feel this action has been taken in error, please contact us immediately at 1-800-234-MACY (6229).

Sincerely,

Demario J Rodriguez
HR Services, Leave of Absence
Certified Number: 70112970000411714922

LTR901 – Non CA Final Missing revised 9.27.12

BLM000774



Leave of Absence
P.O. Box 17427
Clearwater, FL 33762
Fax: 1-800-310-7740
Ph:  1-800-234-MACY (6229)
Email: bloomingdales.loa@bloomingdales.com

5/16/2017

Kristina Mikhaylova
7330 198 St Apt 1                                        Payroll # 72061886
Fresh Meadows, NY 11366

Dear Kristina:

We have been notified that you are requesting a Leave of Absence for 05/15/2017 to (approximately) 08/14/2017**.**
Enclosed you will find important information about your Leave of Absence and the documentation required in order
for the Company to approve and/or continue your leave.  It is important that you understand your responsibilities
during your leave so please review this information carefully.  If you have any questions regarding this information or
what is requested, please contact us.

**Important** – **If you have not provided a health care certification your leave will be pending and not approved.**
All information requested must be mailed or faxed to the HR Services Leave of Absence team to the address above.
HR Services will administer your leave request. If you need assistance in completing the forms, or if there are
circumstances that prevent you from meeting the deadlines, please call the HR Services Leave of Absence team at
1-800-234-MACY (6229) or your HR Manager as soon as possible.  Remember to stay in contact with your HR
Manager regarding the status of your leave.

**Please complete the following forms, sign and return to HR SERVICES within 15 days.**
If we do not receive this information from you within 15 days, your leave may be delayed or denied.

- **Certification of Health Care Provider Needed**
- **Request for Leave of Absence Form Needed**
- **Notice of Eligibility and Rights & Responsibilities to Employee Request for Family Medical Leave (FMLA) Needed**

**Short Term Disability Benefit Information**
[X]     **If you are enrolled in a Short Term Disability plan at Macy's and if your leave is approved, you may be
         eligible to file a claim for Bloomingdale&apos;s Short Term Disability Benefit.**  Please see "Your Benefits
         While on Leave", Short Term Disability Pay section.  If you have any questions about your eligibility please call
         1-800-234-MACY (6229).

Sincerely,


Demario J Rodriguez
HR Services Leave of Absence Team



Leave of Absence
P.O. Box 17427
Clearwater, FL 33762
Fax: 1-800-310-7740
Ph: 1-800-234-MACY (6229)
Email: bloomingdales.loa@bloomingdales.com

**From:**      Kristina Mikhaylova

**Payroll #:**  72061886

**Date:**

**Number of Pages Including Cover:**

**Comments:**

# HR Services Leave of Absence
# **Fax #:**  1-800-310-7740

## **Please include this cover sheet with any information related to your leave of absence.**

BLM000776

| Certification of Health Care Provider for Employee's Serious Health Condition (Family and Medical Leave Act) | U.S. Department of Labor<br>Employment Standards Administration<br>Wage and Hour Division |  |
|---|---|---|

## SECTION I: For completion by the EMPLOYER

INSTRUCTIONS to the EMPLOYER: The Family and Medical Leave Act (FMLA) provides that an employer may require an employee seeking FMLA protections because of a need for leave due to a serious health condition to submit a medical certification issued by the employee's health care provider. Please complete Section I before giving this form to your employee. Your response is voluntary. While you are not required to use this form, you may not ask the employee to provide more information than allowed under the FMLA regulations, 29 C.F.R. §§ 825.306-825.308. Employers must generally maintain records and documents relating to medical certifications, recertifications, or medical histories of employees created for FMLA purposes as confidential medical records in separate files/records from the usual personnel files and in accordance with 29 C.F.R. § 1630.14(c)(1), if the Americans with Disabilities Act applies.

Employer name and contact:  **Bloomingdale&apos;s HR Services Leave of Absence, 1-800-234-MACY (6229)**

Employee's job title: _____  Regular work schedule: _____

Employee's essential job functions: _____

Check if job description is attached: [ ]

## SECTION II: For completion by the EMPLOYEE

INSTRUCTIONS to the EMPLOYEE: Please complete Section II before giving this form to your medical provider. The FMLA permits an employer to require that you submit a timely, complete, and sufficient medical certification to support a request for FMLA leave due to your own serious health condition. If requested by your employer, your response is required to obtain or retain the benefit of FMLA protections. 29 U.S.C. §§ 2613, 2614(c)(3). Failure to provide a complete and sufficient medical certification may result in a denial of your FMLA request. 20 C.F.R. § 825.313. Your employer must give you at least 15 calendar days to return this form. 29 C.F.R. § 825.305(b).

Your name:  **Kristina**                                         **Mikhaylova**
_____
          First                    Middle                    Last

## SECTION III: For completion by the HEALTH CARE PROVIDER

INSTRUCTIONS to the HEALTH CARE PROVIDER: Your patient has requested leave under the FMLA. Answer, fully and completely, all applicable parts. Several questions seek a response as to the frequency or duration of a condition, treatment, etc. Your answer should be your best estimate based upon your medical knowledge, experience, and examination of the patient. Be as specific as you can; terms such as "lifetime," "unknown," or "indeterminate" may not be sufficient to determine FMLA coverage. Limit your responses to the condition for which the employee is seeking leave. Please be sure to sign the form on the last page.

Further Instructions to the Healthcare Provider as added by the Company: The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide genetic information when responding to this request for medical information. "Genetic Information" as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Provider's name and business address: _____

Type of practice / Medical specialty: _____

Telephone: (     )                              Fax: (     )

Page 1                              CONTINUED ON NEXT PAGE

BLM000777

Kristina Mikhaylova_____   Payroll # 72061886_____   Store #72001

**PART A: Medical Facts**

1. **Approximate date condition commenced:**
_____

**Probable duration of condition:**
_____

**Mark below as applicable:**
**Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?**
[ ] No  [ ] Yes.  If so, dates of admission:
_____

**Date(s) you treated the patient for condition:**
_____

**Was medication, other than over-the-counter medication, prescribed?**   [ ] No  [ ] Yes

**Will the patient need to have treatment visits at least twice per year due to the condition?**  [ ] No  [ ] Yes

**Was the patient referred to other health care provider(s) for evaluation or treatment (e.g., physical therapist)?**
[ ] No  [ ] Yes.  If so, state the nature of such treatments and expected duration of treatment:
_____
_____

2. **Is the medical condition pregnancy?  [ ] No [ ] Yes.  If so, expected delivery date:**
_____
Leave may be available for either baby bonding or in the event of a serious health condition.  Please indicate the amount of time off needed for each category:

Baby bonding _____

Serious Health Condition _____

If this information changes during the leave, please provide updated medical certification.

3. **Use the information provided by the employer in Section I to answer this question. If the employer fails to provide a list of the employee's essential functions or a job description, answer these questions based upon the employee's own description of his/her job functions.**

   **Is the employee unable to perform any of his/her job functions due to the condition?  [ ] No [ ] Yes.**

   **If so, identify the job functions the employee is unable to perform:**
   _____

4. **Describe other relevant facts, if any, related to the condition for which the employee seeks leave (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment):**
_____
_____
_____
_____
_____

Page 2                           CONTINUED ON NEXT PAGE

LTR032 - New Leave Request Packet (Non California, For Self)                Version 2.1

BLM000778

Kristina Mikhaylova_____ Payroll # 72061886_____ Store #72001

## PART B: AMOUNT OF LEAVE NEEDED

5.  Will the employee be incapacitated for a single continuous period of time, including any time for treatment and recovery?  [ ] No  [ ] Yes

    If so, estimate the beginning and ending dates for the period of incapacity:
    _____

6.  Will the employee need to attend follow-up treatment appointments or work part-time or on a reduced schedule because of the employee's medical condition?  [ ] No  [ ] Yes

    If so, are the treatments or the reduced number of hours of work medically necessary? [ ] No  [ ] Yes

    Estimate treatment schedule, if any, including the dates of any scheduled appointments and the time required for each appointment, including any recovery period:
    _____

    _____

    Estimate the part-time or reduced work schedule the employee needs, if any:

    _____ hours per day _____ days per week from _____ to _____

7.  Will the condition cause episodic flare-ups periodically preventing the employee from performing his/her job functions?  [ ] No [ ] Yes

    Is it medically necessary for the employee to be absent from work during the flare-ups? [ ] No  Yes
    If so, explain: _____

    _____

    _____
    Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have over the next 6 months (e.g., 1 episode every 3 months lasting 1-2 days):

    Frequency: _____ times per _____ week(s) _____ month(s)

    Duration: _____ hours or _____ days per episode
    ADDITIONAL INFORMATION:  IDENTIFY QUESTION NUMBER WITH YOUR ADDITIONAL ANSWER

Page 3                                         CONTINUED ON NEXT PAGE

BLM000779

Kristina Mikhaylova _____   Payroll # 72061886 _____   Store #72001

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____          _____
**Signature of Health Care Provider**                                  **Date**


### PAPERWORK REDUCTION ACT NOTICE AND PUBLIC BURDEN STATEMENT

If submitted, it is mandatory for employers to retain a copy of this disclosure in their records for three years. 29 U.S.C. § 2616; 29 C.F.R. § 825.500. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. The Department of Labor estimates that it will take an average of 20 minutes for respondents to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, U.S. Department of Labor, Room S-3502, 200 Constitution Ave., NW, Washington, DC 20210.

BLM000780

<u>Kristina Mikhaylova</u>_____   <u>Payroll # 72061886</u>_____   <u>Store #72001</u>

# *REQUEST FOR LEAVE OF ABSENCE*

- You may fax completed forms to HR Services 1-800-310-7740
- If you need assistance completing the forms, please contact your Human Resource Manager or HR Services at 1-800-234-6229(MACY).

Date Leave to Begin: _____(Approximate) Date Leave to End: _____

**I request that I be granted an:**
¨   *Original Leave of Absence*
¨   *Extension to my Leave of Absence*

I am requesting my leave for the following reason:
¨  To care for my newborn, or the placement of a child with me for adoption or foster care;
¨  A serious health condition that prevents me from performing an essential function of my job
¨  A serious health condition for which I need to provide care for:
      ___my spouse   ___domestic partner (as defined by Company policy)
      ___child ___parent
¨  My disability due to pregnancy or pregnancy related conditions.
¨  To care for a qualified ill/injured military service member (FMLA)
¨  Military Exigency leave  (FMLA)
¨  Unpaid leave when spouse is on leave from qualified military deployment
¨  Military leave (USERRA)
¨  Other:  please explain_____

Complete only if requesting leave on an intermittent basis:
Intermittent/Reduced hour schedule leave                          Proposed Schedule
 Reason for change in schedule-_____

I understand that:

1.      If I am granted the leave of absence requested above, I am expected to return to work on or before the date indicated above that my leave is to end.  If I cannot return to work on this date, I must request an extension of my leave from my HR Services and Human Resources Manager.  I agree to submit any additional supporting medical certification or documents requested by my Human Resource Manager and/or HR Services to support my leave of absence and/or any extension.

2.      I will remain an employee of the Company while on an approved leave of absence unless my position is eliminated as a result of business needs.

3.      I may not take a leave for the purpose of seeking, accepting or working at another place of employment.  I may not accept employment, or be self-employed, if it is inconsistent with the restrictions provided by my Health Care Provider.  Such actions while on a FMLA leave, or any other authorized leave, may be subject to discipline up to and including termination.

4.      Insurance premiums that I am responsible for will be deducted automatically from any disability pay or salary continuation benefits I am entitled to receive.  I must directly pay any premiums not collected via payroll deductions, to Bloomingdale&apos;s.  Failure to pay any insurance premiums due may result in my loss of insurance coverage.

5.      For certain leaves, I may be required to exhaust all applicable paid time off first.  This may include PTO, holidays, or any other paid leave available to me.  Please refer to the paid time off policy for accrual while on leave of absence.

6.      I must contact my Human Resource Manager and HR Services at least 2 weeks prior if possible and no later than 2 (two) business days prior to the date indicated as my return to work date.  Failure to do so may result in a delay in my return to work.

7.      It is my obligation to notify HR Services of any change of address during my leave.

Employee Signature:                                           Date:

What Next?
You may fax completed forms to 1-800-310-7740 or bloomingdales.loa@bloomingdales.com. If you need assistance completing the forms, please contact your Human Resource Manager or HR Services at 1-800-234-6229(MACY).

BLM000781

<u>Kristina Mikhaylova</u>          <u>Payroll # 72061886</u>          <u>Store #72001</u>

| | | |
|---|---|---|
| Notice of Eligibility and Rights & Responsibilities (Family and Medical Leave Act) | U.S. Department of Labor Employment Standards Administration Wage and Hour Division |  OMB Control Number: 1215-0181 Expires: 12/31/2011 |

In general, to be eligible an employee must have worked for an employer for at least 12 months, have worked at least 1,250 hours in the 12 months preceding the leave, and work at a site with at least 50 employees within 75 miles. While use of this form by employers is optional, a fully completed Form WH-381 provides employees with the information required by 29 C.F.R. § 825.300(b), which must be provided within five business days of the employee notifying the employer of the need for FMLA leave. Part B provides employees with information regarding their rights and responsibilities for taking FMLA leave, as required by 29 C.F.R. § 825.300(b), (c).

## [PART A – NOTICE OF ELIGIBILITY]

To: Kristina Mikhaylova

From: <u>HR Services – Leave of Absence</u>

Date: 5/16/2017

On 05/15/2017 you informed us that you needed leave beginning on 05/15/2017 for:

[]      The birth of a child, or placement of a child with you for adoption or foster care;

[X]     Your own serious health condition;

[]      Because you are needed to care for your [ ] spouse; [ ] child; [ ] parent due to his/her serious health condition.

[]      Because of a qualifying exigency arising out of the fact that your [ ] spouse; [ ] son or daughter; [ ] parent is on active duty or call to active duty status in support of a contingency operation as a member of the National Guard or Reserves.

[]      Because you are the [ ] spouse; [ ] son or daughter; [ ] parent; [ ] next of kin of a covered service member with a serious injury or illness.

This notice is to inform you that you:

[X]     Are eligible for FMLA leave (See Part B below for Rights and Responsibilities)

[ ]     Are not eligible for FMLA leave, because (only one reason need be checked, although you may not be eligible for other reasons):

[ ]     You have not met the FMLA's 12-month length of service requirement. As of the first date of requested leave, you will have worked approximately  months towards this requirement.

[ ]     You have not met the FMLA's 1,250-hours-worked requirement.

[ ]     You do not work and/or report to a site with 50 or more employees within 75-miles.

If you have any questions, contact HR Services at 1-800-234-MACY or view the FMLA poster located in your store HR location.

BLM000782

Kristina Mikhaylova_____Payroll # 72061886_____Store #72001
**[PART B – RIGHTS AND RESPONSIBILITIES FOR TAKING FMLA LEAVE]**

As explained in Part A, you meet the eligibility requirements for taking FMLA leave and still have FMLA leave available in the applicable 12-month period.  However, in order for us to determine whether your absence qualifies as FMLA leave, you must return the following information to us by 5/31/2017. (If a certification is requested, employers must allow at least 15 calendar days from receipt of this notice; additional time may be required in some circumstances.) If sufficient information is not provided in a timely manner, your leave may be denied.

[X]     Sufficient certification to support your request for FMLA leave. A certification form that sets forth the information necessary to support your request [X] is/ [ ] is not enclosed.

[ ]     Sufficient documentation to establish the required relationship between you and your family member.

[ ]     Other information needed: _____

**If your leave does qualify** as FMLA leave you will have the following responsibilities while on FMLA leave (only checked blanks apply):

[x]     If you are enrolled in benefits contact HR Services/Benefits at 1-800-234-6229(MACY) to make arrangements to continue to make your share of the premium payments on your health insurance to maintain health benefits while you are on leave.  You have a minimum 30-day (or, indicate longer period, if applicable) grace period in which to make premium payments.  If payment is not made timely, your group health insurance may be cancelled, provided we notify you in writing at least 15 days before the date that your health coverage will lapse, or, at our option, we may pay your share of the premiums during FMLA leave, and recover these payments from you upon your return to work.

[ ]     You will be required to use your available paid [ ] accrued PTO, and/or [ ] other leave during your FMLA absence.  This means that you will receive your paid leave and the leave will also be considered protected FMLA leave and counted against your FMLA leave entitlement.

[ ]     Due to your status within the company, you are considered a "key employee" as defined in the FMLA.  As a "key employee," restoration to employment may be denied following FMLA leave on the grounds that such restoration will cause substantial and grievous economic injury to us.  We [ ] have/ [ ] have not determined that restoring you to employment at the conclusion of FMLA leave will cause substantial and grievous economic harm to us.

[x]     While on leave you will be required to furnish us with periodic reports of your status and intent to return to work every 30 days.   (Indicate interval of periodic reports, as appropriate for the particular leave situation).

**If the circumstances of your leave changes and you are able to return to work earlier than the date indicated on the reverse side of this form, you will be required to notify us at least two workdays prior to the date you intend to report for work.**

**If your leave does qualify** as FMLA leave you will have the following rights while on FMLA leave:
You have a right under the FMLA for up to 12 weeks of unpaid leave in a 12-month period calculated as:

[ ]     the calendar year (January – December).

[ ]     a fixed leave year based on _____.

[ ]     the 12-month period measured forward from the date of your first FMLA leave usage.

[x]     a "rolling" 12-month period measured backward from the date of any FMLA leave usage.

**Kristina Mikhaylova**_____**Payroll # 72061886**_____**Store #72001**

- You have a right under the FMLA for up to 26 weeks of unpaid leave in a single 12-month period to care for a covered service member with a serious injury or illness. This single 12-month period commenced on

- Your health benefits must be maintained during any period of unpaid leave under the same conditions as if you continued to work.

- You must be reinstated to the same or an equivalent job with the same pay, benefits, and terms and conditions of employment on your return from FMLA-protected leave. (If your leave extends beyond the end of your FMLA entitlement, you do not have return rights under FMLA.)

- If you do not return to work following FMLA leave for a reason other than: 1) the continuation, recurrence, or onset of a serious health condition which would entitle you to FMLA leave; 2) the continuation, recurrence, or onset of a covered service member's serious injury or illness which would entitle you to FMLA leave; or 3) other circumstances beyond your control, you may be required to reimburse us for our share of health insurance premiums paid on your behalf during your FMLA leave.

- if we have not informed you above that you must use accrued paid leave while taking your unpaid FMLA leave entitlement, you have the right to have [ ] accrued sick days, [x] accrued PTO (as applicable) and/or [x] other leave run concurrently with your unpaid leave entitlement, provided you meet any applicable requirements of the leave policy. Applicable conditions related to the substitution of paid leave are referenced or set forth below. If you do not meet the requirements for taking paid leave, you remain entitled to take unpaid FMLA leave.

[x]   For a copy of conditions applicable to sick days/PTO/other leave usage please refer to the information under your benefits while on leave and/or the company PTO policy.

Once we obtain the information from you as specified above, we will inform you, within 5 business days, whether your leave will be designated as FMLA leave and count towards your FMLA leave entitlement.  If you have any questions, please do not hesitate to contact:

1-800-234-MACY (6229)

I acknowledge that when I notified the Company of my need for Family Medical Leave Act, the Company provided me with notice of my rights and obligations and answered any questions I had presented.

_____               _____
        Date                                             Signature of Employee

**This form will need to be mailed to:**        Leave of Absence
                                                P.O. Box 17427
                                                Clearwater, FL 33762-0427

BLM000784



New Window | Personalize Pag

| Request | Eligibility | History | Activity | Follow-up Letters | Attachments |

**EmplID:** 72061886   Kristina Mikhaylova       **Payroll Status:**   Terminated

### Request                                                                          1 of 2

**Location:** 72001   Bloomingdale's - NY 59th St   **Work State:** New York   **Region:**

**Service Date:** 05/03/2016   **Last Hire Dt:** 05/03/2016   **Org Hire:** 05/03/2016   **Officer Cd:** None

**Reg/Temp:** Regular   **Full/Part Time:** FT   **Empl Class:** Hourly   **Empl Type:** Hourly

**Avg Hrs:**   **Std Hours:** 37.50   **Frequency:** Weekly   **Union:** RWDSU-Loc3

**Reason:** A serious health condition that prevents me from performing the essential functions of my job

☐ **Work-Related**

#### Eligible Plans

| Type | Leave Code | Leave Plan | Status |
|------|-----------|-----------|--------|
| **Federal:** | Federal FMLA Disability | Federal FMLA | ☑ |
| **State:** | | | ☐ |
| **Company:** | Six Months or Greater - Med | Company Medical | ☑ |
| **Same Leave Reason Within The Last 12 Months:** | | | ☐ |
| **Max Company Leave / Balance:** | | | 26.0 / 26.0 |

**FMLA Request ID:** 002

#### Request

**Emp Request Dt:** 06/08/17 1:35:09.000000PM

**Track Begin Date:** 06/08/2017

**Process Date:** 06/08/2017

**Leave Begin Date:** 04/23/2017

**Estimated Return Date:** 11/22/2017

**Actual Return/Term Date:**
   ☐ **Expected/Open**   ⦿ **Actual/Completed**

**Leave Type:**   Intermittent

| **Planned Intermittent Leave** |
|---|
| ☐ Yes    ⦿ No |

#### Approval

**Approval Status:** COM   Complete

**FMLA Job Action:**

**Action Reason:**

**Approver:** L027245

**Apprvl Dt:** 06/08/2017

**Cancelled On:**

**Case Manager** L027245
   ☐ **Override**

Create OnDemand WorkList

[Save]  [Return to Search]  [Previous in List]  [Next in List]

Request | Eligibility | History | Activity | Follow-up Letters | Attachments



New Window | Personalize Pag

Request **Eligibility** History Activity Follow-up Letters Attachments

**EmplID:** 72061886 Kristina Mikhaylova **Payroll Status:** Terminated

**Request** 1 of 2

**Location:** 72001 Bloomingdale's - NY 59th St **Work State:** New York **Region:**

**Service Date:** 05/03/2016 **Last Hire Dt:** 05/03/2016 **Org Hire:** 05/03/2016 **Officer Cd:** None

**Reg/Temp:** Regular **Full/Part Time:** FT **Empl Class:** Hourly **Empl Type:** Hourly

**Avg Hrs:** **Std Hours:** 37.50 **Frequency:** Weekly **Union:** RWDSU-Loc3

**Reason:** A serious health condition that prevents me from performing the essential functions of my job

☐ **Work-Related**

**Eligible Plans**

| Type | Leave Code | Leave Plan | Status |
|---|---|---|---|
| **Federal:** | Federal FMLA Disability | Federal FMLA | ☑ |
| **State:** | | | ☐ |
| **Company:** | Six Months or Greater - Med | Company Medical | ☑ |
| **Same Leave Reason Within The Last 12 Months:** | | | ☐ |
| **Max Company Leave / Balance:** | | | 26.0 / 26.0 |

**Request ID:** 002 **Begin Date:** 04/23/2017 **Estimated Return Date:** 11/22/2017 **Approval Status:** Complete

**Leave Type:** Intermittent **Date of Determination:** 06/08/2017

**Federal - Track ON**

**Fed Plan ID:** FML Federal FMLA

**Fed Leave Code:** FDD Federal FMLA Disability

**Fed Year Begin Date:** 04/23/2016

**Eligible Hours:** 1795 ☑ **Eligible**

**Eligible Svc Weeks:** 52 ☑ **Eligible**

**Leave Exhaustion Date:** 04/22/2018

**Entitlement Determination**

| | Weeks | = Std-Hours |
|---|---|---|
| **As of Requested Begin Dt:** | 12.0 | 450.00 |
| **As of Expected Return Dt:** | | |

**Company Medical - Track ON**

**Company Plan ID:** CPM Company Medical

**Company Leave Code:** CPM Six Months or Greater - Med

**Company Year Begin Date:** 04/23/2016

**Months of Service:** 11.6 ☑ **Eligible**

**Leave Exhaustion Date:** 04/22/2018

**Entitlement Determination**

| | Weeks | = Std-Hours |
|---|---|---|
| **As of Requested Begin Dt:** | 26.0 | 975.00 |
| **As of Expected Return Dt:** | | |

Create OnDemand WorkList

Company Manual Override

Save | Return to Search | Previous in List | Next in List

Request | Eligibility | History | Activity | Follow-up Letters | Attachments

New Window | Personalize Pag

| Request | Eligibility | **History** | Activity | Follow-up Letters | Attachments |

| EmplID: 72061886 | Kristina Mikhaylova | Payroll Status: | Terminated | 🔍 ◄ ► |

## Request                                                                                                          1 of 2

| Location: 72001 | Bloomingdale's - NY 59th St | Work State: | New York | Region: |

| Service Date: | 05/03/2016 | Last Hire Dt: | 05/03/2016 | Org Hire: | 05/03/2016 | Officer Cd: | None |
| Reg/Temp: | Regular | Full/Part Time: | FT | Empl Class: | Hourly | Empl Type: | Hourly |
| Avg Hrs: | | Std Hours: | 37.50 | Frequency: | Weekly | Union: | RWDSU-Loc3 |

Reason: A serious health condition that prevents me from performing the essential functions of my job

☐ Work-Related

## Eligible Plans

| Type | Leave Code | Leave Plan | Status |
|---|---|---|---|
| Federal: | Federal FMLA Disability | Federal FMLA | ☑ |
| State: | | | ☐ |
| Company: | Six Months or Greater - Med | Company Medical | ☑ |
| Same Leave Reason Within The Last 12 Months: | | | ☐ |
| Max Company Leave / Balance: | | | 26.0 / 26.0 |

| Request ID: | 002 | Begin Date: | 04/23/2017 | Estimated Return Date: | 11/22/2017 | Approval Status: | Complete |
| Leave Type: | Intermittent | | | Date of Determination: | 06/08/2017 | |

### Leave Summaries

**Expand All**

Minutes Conversion Help

#### ▶ Federal Leave Summary

| Entitlement Summary | | | Leave Summary | | |
|---|---|---|---|---|---|
| As of Leave Begin: | Weeks: 12.0 | Hours: 450.00 | Scheduled: | Weeks: | Hours: |
| Remaining Today: | Weeks: 12.0 | Hours: 450.00 | Taken Today: | Weeks: | Hours: |

**▶ History**                                                                     View All |          First   **1 of 1**   Last

| Week Begin Dt | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Adjusted Hours | Total Hours for Week |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | |

#### ▶ Company Medical Leave Summary

| Entitlement Summary | | | Leave Summary | | |
|---|---|---|---|---|---|
| As of Leave Begin: | Weeks: 26.0 | Hours: 975.00 | Scheduled: | Weeks: | Hours: |
| Remaining Today: | Weeks: 26.0 | Hours: 975.00 | Taken Today: | Weeks: | Hours: |

**▶ History**                                                                     View All |          First   **1 of 1**   Last

| Week Begin Dt | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Adjusted Hours | Total Hours for Week |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | |

Create OnDemand WorkList

🖫 Save | 🔍 Return to Search | ⬆ Previous in List | ⬇ Next in List

Request | Eligibility | History | Activity | Follow-up Letters | Attachments

BLM000787

New Window | Personalize Pag

| Request | Eligibility | History | **Activity** | Follow-up Letters | Attachments |

| EmplID: | 72061886 | Kristina Mikhaylova | Payroll Status: | Terminated | 🔍 ◀ ▶ |

**Request** 1 of 2

| Location: | 72001 | Bloomingdale's - NY 59th St | Work State: | New York | Region: | |
| Service Date: | 05/03/2016 | Last Hire Dt: | 05/03/2016 | Org Hire: | 05/03/2016 | Officer Cd: | None |
| Reg/Temp: | Regular | Full/Part Time: | FT | Empl Class: | Hourly | Empl Type: | Hourly |
| Avg Hrs: | | Std Hours: | 37.50 | Frequency: | Weekly | Union: | RWDSU-Loc3 |

Reason: A serious health condition that prevents me from performing the essential functions of my job

☐ Work-Related

**Eligible Plans**

| Type | Leave Code | Leave Plan | Status |
|---|---|---|---|
| Federal: | Federal FMLA Disability | Federal FMLA | ☑ |
| State: | | | ☐ |
| Company: | Six Months or Greater - Med | Company Medical | ☑ |
| Same Leave Reason Within The Last 12 Months: | | | ☐ |
| Max Company Leave / Balance: | | | 26.0 / 26.0 |

| Request ID: | 002 | Begin Date: | 04/23/2017 | Estimated Return Date: | 11/22/2017 | Approval Status: | Complete |
| Leave Type: | Intermittent | | Date of Determination: | 06/08/2017 | | |

[ Insert New Activity ]

**Activity**

Personalize | Find | View All | | First **1-6 of 12** Last

Activity Data   Audit Data   🎹

| | Follow Up | Activity Date | Activity Type | Priority | Start Date | End Date | Comments |
|---|---|---|---|---|---|---|---|
| 1 | ☐ | 07/21/2017 | Returned Mail | Low | | | Rec'd returned Cert mail (Final Missing tr dtd 6/01/17). Unclaimed. |
| 2 | ☐ | 06/20/2017 | Follow up Completed | Low | | | completed per term report |
| 3 | ☐ | 06/20/2017 | Leave Status Update | Low | | | Status Changed from APP to COM |
| 4 | ☐ | 06/20/2017 | Int. FMLA frequency | Low | | | 5 time per 1 week 6 months 2 hours per episode |
| 5 | ☐ | 06/08/2017 | Follow Up Needed | Low | 11/23/2017 | 11/23/2017 | COM leave |
| 6 | ☐ | 06/08/2017 | Follow Up Needed | Low | 11/01/2017 | 11/01/2017 | send Fut Exp Letter |

Create OnDemand WorkList                    Return to Audit Work List

[ 💾 Save ] [ 🔍 Return to Search ] [ ↑ Previous in List ] [ ↓ Next in List ]

Request | Eligibility | History | Activity | Follow-up Letters | Attachments

BLM000788

New Window | Personalize Pag

| Request | Eligibility | History | **Activity** | Follow-up Letters | Attachments |

| EmplID: 72061886 | Kristina Mikhaylova | | Payroll Status: | Terminated | 🔍 ◀ ▶ |

**Request** 1 of 2

| | | | |
|---|---|---|---|
| **Location:** 72001 | Bloomingdale's - NY 59th St | **Work State:** New York | **Region:** |
| **Service Date:** 05/03/2016 | **Last Hire Dt:** 05/03/2016 | **Org Hire:** 05/03/2016 | **Officer Cd:** None |
| **Reg/Temp:** Regular | **Full/Part Time:** FT | **Empl Class:** Hourly | **Empl Type:** Hourly |
| **Avg Hrs:** | **Std Hours:** 37.50 | **Frequency:** Weekly | **Union:** RWDSU-Loc3 |

**Reason:** A serious health condition that prevents me from performing the essential functions of my job

☐ **Work-Related**

**Eligible Plans**

| Type | Leave Code | Leave Plan | Status |
|---|---|---|---|
| **Federal:** | Federal FMLA Disability | Federal FMLA | ☑ |
| **State:** | | | ☐ |
| **Company:** | Six Months or Greater - Med | Company Medical | ☑ |
| **Same Leave Reason Within The Last 12 Months:** | | | ☐ |
| **Max Company Leave / Balance:** | | | 26.0 / 26.0 |

| | | | |
|---|---|---|---|
| **Request ID:** 002 | **Begin Date:** 04/23/2017 | **Estimated Return Date:** 11/22/2017 | **Approval Status:** Complete |
| **Leave Type:** Intermittent | | **Date of Determination:** 06/08/2017 | |

[ Insert New Activity ]

**Activity**

Personalize | Find | View All |  |  | First   **7-12 of 12**   Last

Activity Data    Audit Data    📋

| | Follow Up | Activity Date | Activity Type | Priority | Start Date | End Date | Comments |
|---|---|---|---|---|---|---|---|
| 7 | ☐ | 06/08/2017 | Approval Letter | Low | | | Sent via mail. |
| 8 | ☐ | 06/08/2017 | Documentation Received | Low | | | Attachment type 4606-Fax-LOA Approval Letter has been inserted. |
| 9 | ☐ | 06/08/2017 | Leave Status Update | Low | | | Status Changed from PND to APP |
| 10 | ☐ | 06/08/2017 | New Leave Packet | Low | | | Sent via email. Must respond by 6/24/2017. |
| 11 | ☐ | 06/08/2017 | Leave Status Update | Low | | | Status Changed from OPN to PND |
| 12 | ☐ | 06/08/2017 | Case Manager | Low | | | Case Manager Assigned: L027245 |

Create OnDemand WorkList                    Return to Audit Work List

[ 💾 Save ]   [ 🔍 Return to Search ]   [ ⬆ Previous in List ]   [ ⬇ Next in List ]

Request | Eligibility | History | Activity | Follow-up Letters | Attachments

BLM000789

New Window | Personalize Page

| Request | Eligibility | History | Activity | **Follow-up Letters** | Attachments |

**EmplID:** 72061886    Kristina Mikhaylova                    **Payroll Status:**    Terminated    🔍 ◀ ▶

**Request**                                                                                                     1 of 2

**Address 1:** 7330 198 St Apt 1                                **Address 2:**

**City:** Fresh Meadows                **State:** NY        **Zip:** 11366

**Telephone:** 646/270-0228            **Email:** kristinamikhaylova@yahoo.com

**Preferred Contact:** Email                  Edit Contact Information

| | |
|---|---|
| **Location:** 72001    Bloomingdale's - NY 59th St | **Work State:** New York    **Region:** |
| **Service Date:** 05/03/2016    **Last Hire Dt:** 05/03/2016    **Org Hire:** 05/03/2016    **Officer Cd:** None |
| **Reg/Temp:** Regular    **Full/Part Time:** FT    **Empl Class:** Hourly    **Empl Type:** Hourly |
| **Avg Hrs:**    **Std Hours:** 37.50    **Frequency:** Weekly    **Union:** RWDSU-Loc3 |

**Reason:** A serious health condition that prevents me from performing the essential functions of my job

☐ **Work-Related**

**Eligible Plans**

| Type | Leave Code | Leave Plan | Status |
|---|---|---|---|
| **Federal:** | Federal FMLA Disability | Federal FMLA | ☑ |
| **State:** | | | ☐ |
| **Company:** | Six Months or Greater - Med | Company Medical | ☑ |
| **Same Leave Reason Within The Last 12 Months:** | | | ☐ |
| **Max Company Leave / Balance:** | | | 26.0 / 26.0 |

**Request ID:** 002    **Begin Date:** 04/23/2017    **Estimated Return Date:** 11/22/2017    **Approval Status:** Complete

**Leave Type:** Intermittent        **Date of Determination:** 06/08/2017

**Follow-up Letters**

Personalize | Find |    |    First  **1 of 1**  Last

Generate Letter    Letter Dates    Certified Mail    Comments    Employee Address Info    HR Services Info    Audit  📧

| | Letter | Description | Follow-up Date | Req | Completed | Edit | Generate/View | Delivery Method | Letter Sent |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | ☐ | ☐ | Edit | Generate/View | | ☐ |

Create OnDemand WorkList

💾 Save    🔍 Return to Search    ⬆ Previous in List    ⬇ Next in List

Request | Eligibility | History | Activity | Follow-up Letters | Attachments



New Window | Personalize Pag

| Request | Eligibility | History | Activity | Follow-up Letters | **Attachments** |

**EmplID:** 72061886    Kristina Mikhaylova    **Payroll Status:** Terminated

**Request**                                                                1 of 2

**Location:** 72001    Bloomingdale's - NY 59th St    **Work State:** New York    **Region:**

**Service Date:** 05/03/2016    **Last Hire Dt:** 05/03/2016    **Org Hire:** 05/03/2016    **Officer Cd:** None

**Reg/Temp:** Regular    **Full/Part Time:** FT    **Empl Class:** Hourly    **Empl Type:** Hourly

**Avg Hrs:**    **Std Hours:** 37.50    **Frequency:** Weekly    **Union:** RWDSU-Loc3

**Reason:** A serious health condition that prevents me from performing the essential functions of my job

☐ Work-Related

**Eligible Plans**

| Type | Leave Code | Leave Plan | Status |
|---|---|---|---|
| **Federal:** | Federal FMLA Disability | Federal FMLA | ☑ |
| **State:** | | | ☐ |
| **Company:** | Six Months or Greater - Med | Company Medical | ☑ |
| **Same Leave Reason Within The Last 12 Months:** | | | ☐ |
| **Max Company Leave / Balance:** | | | 26.0 / 26.0 |

**Request ID:** 002    **Begin Date:** 04/23/2017    **Estimated Return Date:** 11/22/2017    **Approval Status:** Complete

**Leave Type:** Intermittent    **Date of Determination:** 06/08/2017

**Attachments**

Attachment Info    Audit Info        Personalize | Find |    |    First    **1-4 of 4**    Last

| | View | Create OnDemand WL | Attached File | Attach Code | Document Type | Doc Type Descr | File Extension |
|---|---|---|---|---|---|---|---|
| 1 | 📄 | ☐ | 72061886.002.AAMED.002.pdf | AAMED | 4615 | Fax-LOA Medical documentation/CHCP | PDF |
| 2 | 📄 | ☐ | 72061886.002.AAMED.001.pdf | AAMED | 4615 | Fax-LOA Medical documentation/CHCP | PDF |
| 3 | 📄 | ☐ | F_LOA_LTR050.pdf | F_LOA_LTR050 | 4606 | Fax-LOA Approval Letter | PDF |
| 4 | 📄 | ☐ | F_LOA_LTR032.pdf | F_LOA_LTR032 | 4601 | Fax-LOA request | PDF |

Create OnDemand WorkList

[Save]    [Return to Search]    [Previous in List]    [Next in List]

Request | Eligibility | History | Activity | Follow-up Letters | Attachments

BLM000791

06/14/2017  19:34   7182867750          FEDEX OFFICE   2444          PAGE  01

# ★b | Benefits

Leave of Absence
P.O. Box 17427
Clearwater, FL 33762
Fax: 1-800-310-7740
Ph: 1-800-234-MACY (6229)
Email: bloomingdales.loa@bloomingdales.com

**From:**  Kristina Mikhaylova

**Payroll #:** 72061886

**Date:**

**Number of Pages Including Cover:**

**Comments:**

*Leave of absence due to pregnancy difficulties*

# HR Services Leave of Absence
# Fax #:  1-800-310-7740

## Please include this cover sheet with any information related to your leave of absence.

LTR032 – New Leave Request Packet (Non Calif. nia, For Self)

Version 2.1

BLM000792

06/14/2017  19:34   7182867750                FEDEX OFFICE   2444              PAGE  02

Kristin Mikhaylova ———— Payroll # 72061886 ————              Store #72001

PART MOUNTED FERM NE 5

5. Will the employee be incapacitated for a single continuous period of time, including any time for treatment and recovery? [X]No [ ]Yes

   If so, estimate the beginning and ending dates for the period of incapacity:

6. Will the employee need to attend follow-up treatment appointments or work part-time or on a reduced schedule because of the employee's medical condition? [X] No [ ]Yes

   If so, are the treatments or the reduced number of hours of work medically necessary? [X] No [ ]Yes

   Estimate treatment schedule, if any, including the dates of any scheduled appointments and the time required for each appointment, including any recovery period:
   _needs to be seen every 4 weeks until 28 weeks and every 2 weeks until 36 weeks and every week until delivery_

   Estimate the part-time or reduced work schedule the employee needs, if any:

   ____ hours per day ____ days per week from _____ to _____

7. Will the condition cause episodic flare-ups periodically preventing the employee from performing his/her job functions?  [ ] No [X]Yes

   Is it medically necessary for the employee to be absent from work during the flare-ups? [ ] No (Yes)
   If so, explain: _Patient has vomiting and Nausea because of pregnancy_

   Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have over the next 6 months (e.g., 1 episode every 3 months lasting 1-2 days):

   6/14/17  Frequency: __ times per __1__ week(s)  6 month(s)

   Duration: 9 hours or ____ days per episode

   ADDITIONAL ANSWER

   CONTINUED ON NEXT PAGE

Page 3

   Santha Kamineni MD
      Lic 217178
   DEA BK6747490

Version 2.1

BLM000793

06/14/2017 5:24 PM FAX  7182752673          QUEENS SURGICAL OBGYN                     ☑ 0001/0001

Kristina Mikhaylova_____          Payroll # 72061886_____          Store #72001_____

PART II. AMOUNT OF LEAVE NEEDED [GENERAL]

5. Will the employee be incapacitated for a single continuous period of time, including any time for treatment and recovery? [×] No  [ ] Yes

   If so, estimate the beginning and ending dates for the period of incapacity:

   _____

6. Will the employee need to attend follow-up treatment appointments or work part-time or on a reduced schedule because of the employee's medical condition? [×] No  [ ] Yes

   If so, are the treatments or the reduced number of hours of work medically necessary? [×] No  [ ] Yes

   Estimate treatment schedule, if any, including the dates of any scheduled appointments and the time required for each appointment, including any recovery period:

   _need to be seen every 4 weeks until_
   _28 weeks and every 2 weeks until 36 wee_
   _every week until delivery_

   Estimate the part-time or reduced work schedule the employee needs, if any:

   _____ hours per day _____ days per week from _____ to _____

7. Will the condition cause episodic flare-ups periodically preventing the employee from performing his/her job functions?  [ ] No [×] Yes

   Is it medically necessary for the employee to be absent from work during the flare-ups? [ ] No (Yes)
   If so, explain:  _patient has vomiting and_
   _Nausea because of pregnancy_

   Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have over the next 6 months (e.g., 1 episode every 3 months lasting 1-2 days):

   6/14/17  Frequency: 5 times per 1 week(s) 6 month(s)

   Duration: 9 hours or _____ days per episode

   ADDITIONAL INFORMATION: IDENTIFY QUESTION NUMBER WITH YOUR ADDITIONAL ANSWER

Page 5                                              CONTINUED ON NEXT PAGE

BLM000794



Leave of Absence
P.O. Box 17427
Clearwater, FL 33762
Fax: 1-800-310-7740
Ph: 1-800-234-MACY (6229)
Email:
bloomingdales.loa@bloomingdales.com

6/9/2017                                                          Payroll # 72061886

Kristina Mikhaylova
7330 198 St Apt 1
Fresh Meadows, NY 11366

REF: Intermittent Leave Request

Dear Kristina,

We have received your health care certification dated 6/1/2017 for:

[X]        Intermittent leave under FMLA
[]         Other applicable intermittent leaves:

Based on the health care provider's certification you qualify for intermittent leave for absences related to this medical condition.

The attached Designation Notice provides additional information concerning your leave.

As with any absence, it is your responsibility to notify the store by following the call-out procedure and an immediate supervisor (for executives) when you are unable to work your regular scheduled shift, including absences related to the approved intermittent leave.

<u>In addition, you must report your time to HR Services Leave of Absence within 2 business days upon your return to work of your inability to work a shift due to absences related to your approved intermittent leave.</u>
This time can be reported in two ways:
• Access Insite and select the *Leave of Absence* option under the *Life Events* menu option, then select the *Report Intermittent Time* option.
• Contact HR Services at 1-800-234-MACY (6229).

If you do not report the related absence to HR Services within the designated time-frame, then the absence might not qualify for approved intermittent leave and would then be addressed in accordance with Bloomingdale's attendance policy.

It is your responsibility to maintain a current health care certification on file. Bloomingdale's may periodically request recertification during your approved intermittent leave.

Please fax all updates/re-certification's to HR Services at 1-800-310-7740. It is important that your name and payroll number are clearly identified on all correspondence. If you have any questions, please contact HR Services at 1-800-234-MACY (6229).

Sincerely,
Demario J Rodriguez
HR Services, Leave of Absence

# Designation Notice (Family and Medical Leave Act)

U.S. Department of Labor   Employment Standards Administration Wage and Hour Division



OMB Control Number: 1215-0181
Expires: 12/31/2011

Leave covered under the Family and Medical Leave Act (FMLA) must be designated as FMLA-protected and the employer must inform the employee of the amount of leave that will be counted against the employee's FMLA leave entitlement. In order to determine whether leave is covered under the FMLA, the employer may request that the leave be supported by a certification. If the certification is incomplete or insufficient, the employer must state in writing what additional information is necessary to make the certification complete and sufficient. While use of this form by employers is optional, a fully completed Form WH-382 provides an easy method of providing employees with the written information required by 29 C.F.R. §§ 825.300(c), 825.301, and 825.305(c).

To:        Kristina Mikhaylova
6/9/2017

We have reviewed your request for leave under the FMLA and any supporting documentation that you have provided.
We received your most recent information on 6/8/2017 and decided:

[X]        Your FMLA leave request is approved.        All leave taken for this reason will be designated as FMLA leave.

The FMLA requires that you notify us as soon as practicable if dates of scheduled leave change or are extended, or were initially unknown. Based on the information you have provided to date, we are providing the following information about the amount of time that will be counted against your leave entitlement:

[ ]        Provided there is no deviation from your anticipated leave schedule, the following number of hours, days, or weeks will be counted against your leave entitlement:   [ ] Hours  [ ] Days  [ ] Weeks.
[X]        Because the leave you will need will be unscheduled, it is not possible to provide the hours, days, or weeks that will be counted against your FMLA entitlement at this time. You have the right to request this information once in a 30-day period (if leave was taken in the 30-day period).

Please be advised (check if applicable):
[ ]        You have requested to use paid leave during your FMLA leave. Any paid leave taken for this reason will count against your FMLA leave entitlement.
[ ]        We are requiring you to substitute or use paid leave during your FMLA leave.
[ ]        You will be required to present a fitness-for-duty certificate to be restored to employment. If such certification is not timely received, your return to work may be delayed until certification is provided. A list of the essential functions of your position [ ] is [ ] is not attached. If attached, the fitness-for-duty certification must address your ability to perform these functions.

[ ]        Additional information is needed to determine if your FMLA leave request can be approved:
        The certification you have provided is not complete and sufficient to determine whether the FMLA applies to your leave request. You must provide the following information no later than 6/16/2017, unless it is not practicable under the particular circumstances despite your diligent good faith efforts, or your leave may be denied.
        Other:
[ ]        We are exercising our right to have you obtain a second or third opinion medical certification at our expense, and we will provide further details at a later time.

[ ]        Your FMLA Leave request is Not Approved.
[ ]        The FMLA does not apply to your leave request.
[ ]        You have exhausted your FMLA leave entitlement in the applicable 12-month period.

It is mandatory for employers to inform employees in writing whether leave requested under the FMLA has been determined to be covered under the FMLA. 29 U.S.C. § 2617: 29 C.F.R. §§ 825.300(d), (e). It is mandatory for employers to retain a copy of this disclosure in their records for three years. 29 U.S.C. § 2616: 29 C.F.R. § 825.500. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. The Department of Labor estimates that it will take an average of 10 – 30 minutes for respondents to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, U.S. Department of Labor, Room S-3502, 200 Constitution Ave., NW, Washington, DC 20210. DO NOT SEND THE COMPLETED FORM TO THE WAGE AND HOUR DIVISION.



Leave of Absence
P.O. Box 17427
Clearwater, FL 33762
Fax: 1-800-310-7740
Ph:  1-800-234-MACY (6229)
Email: bloomingdales.loa@bloomingdales.com

6/9/2017

Kristina Mikhaylova
7330 198 St Apt 1                                                   Payroll # 72061886
Fresh Meadows, NY 11366

Dear Kristina:

We have been notified that you are requesting a Leave of Absence for 04/23/2017 to (approximately) 11/21/2017.
Enclosed you will find important information about your Leave of Absence and the documentation required in order
for the Company to approve and/or continue your leave.  It is important that you understand your responsibilities
during your leave so please review this information carefully.  If you have any questions regarding this information or
what is requested, please contact us.

Important – If you have not provided a health care certification your leave will be pending and not approved.
All information requested must be mailed or faxed to the HR Services Leave of Absence team to the address above.
HR Services will administer your leave request. If you need assistance in completing the forms, or if there are
circumstances that prevent you from meeting the deadlines, please call the HR Services Leave of Absence team at
1-800-234-MACY (6229) or your HR Manager as soon as possible.  Remember to stay in contact with your HR
Manager regarding the status of your leave.

Please complete the following forms, sign and return to HR SERVICES within 15 days.
If we do not receive this information from you within 15 days, your leave may be delayed or denied.

- Certification of Health Care Provider Needed
- Request for Leave of Absence Form Needed
- Notice of Eligibility and Rights & Responsibilities to Employee Request for Family Medical Leave
  (FMLA) Needed

Short Term Disability Benefit Information
[X]      If you are enrolled in a Short Term Disability plan at Macy's and if your leave is approved, you may be
         eligible to file a claim for Bloomingdale&apos;s Short Term Disability Benefit.  Please see "Your Benefits
         While on Leave", Short Term Disability Pay section.  If you have any questions about your eligibility please call
         1-800-234-MACY (6229).

Sincerely,


Demario J Rodriguez
HR Services Leave of Absence Team

BLM000797

 | Benefits

Leave of Absence
P.O. Box 17427
Clearwater, FL 33762
Fax: 1-800-310-7740
Ph:  1-800-234-MACY (6229)
Email: bloomingdales.loa@bloomingdales.com

| | |
|---|---|
| From:      Kristina Mikhaylova | |
| Payroll #:  72061886 | |
| Date: | |
| Number of Pages Including Cover: | |
| | |
| Comments: | |

# HR Services Leave of Absence
# Fax #:  1-800-310-7740

## Please include this cover sheet with any
## information related to your leave of absence.

BLM000798

| Certification of Health Care Provider for Employee's Serious Health Condition (Family and Medical Leave Act) | U.S. Department of Labor<br>Employment Standards Administration<br>Wage and Hour Division |  |
| --- | --- | --- |

### SECTION I: For completion by the EMPLOYER

**INSTRUCTIONS to the EMPLOYER:  The Family and Medical Leave Act (FMLA) provides that an employer may require an employee seeking FMLA protections because of a need for leave due to a serious health condition to submit a medical certification issued by the employee's health care provider.  Please complete Section I before giving this form to your employee. Your response is voluntary. While you are not required to use this form, you may not ask the employee to provide more information than allowed under the FMLA regulations, 29 C.F.R. §§ 825.306-825.308. Employers must generally maintain records and documents relating to medical certifications, recertifications, or medical histories of employees created for FMLA purposes as confidential medical records in separate files/records from the usual personnel files and in accordance with 29 C.F.R. § 1630.14(c)(1), if the Americans with Disabilities Act applies.**

**Employer name and contact:**   Bloomingdale&apos;s HR Services Leave of Absence, 1-800-234-MACY (6229)

**Employee's job title:** _____     **Regular work schedule:** _____

**Employee's essential job functions:** _____

Check if job description is attached: [ ]

### SECTION II: For completion by the EMPLOYEE

**INSTRUCTIONS to the EMPLOYEE:  Please complete Section II before giving this form to your medical provider. The FMLA permits an employer to require that you submit a timely, complete, and sufficient medical certification to support a request for FMLA leave due to your own serious health condition. If requested by your employer, your response is required to obtain or retain the benefit of FMLA protections.  29 U.S.C. §§ 2613, 2614(c)(3). Failure to provide a complete and sufficient medical certification may result in a denial of your FMLA request. 20 C.F.R. § 825.313. Your employer must give you at least 15 calendar days to return this form. 29 C.F.R. § 825.305(b).**

**Your name:**   Kristina                                Mikhaylova
              **First**                    **Middle**                        **Last**

### SECTION III: For completion by the HEALTH CARE PROVIDER

**INSTRUCTIONS to the HEALTH CARE PROVIDER: Your patient has requested leave under the FMLA.  Answer, fully and completely, all applicable parts.  Several questions seek a response as to the frequency or duration of a condition, treatment, etc.  Your answer should be your best estimate based upon your medical knowledge, experience, and examination of the patient.  Be as specific as you can; terms such as "lifetime," "unknown," or "indeterminate" may not be sufficient to determine FMLA coverage. Limit your responses to the condition for which the employee is seeking leave. Please be sure to sign the form on the last page.**

**Further  Instructions to the Healthcare Provider as added by the Company:   The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law.  To comply with this law, we are asking that you not provide genetic information when responding to this request for medical information. "Genetic Information" as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.**

**Provider's name and business address:** _____

**Type of practice / Medical specialty:** _____

**Telephone:   (     )** _____     **Fax:  (     )** _____

Page 1                                    CONTINUED ON NEXT PAGE

BLM000799

<u>Kristina Mikhaylova</u>                    <u>Payroll # 72061886</u>                    <u>Store #72001</u>

**PART A: Medical Facts**

1. **Approximate date condition commenced:**
   _____

   **Probable duration of condition:**
   _____

   **Mark below as applicable:**
   **Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?**
   **[ ] No  [ ] Yes.  If so, dates of admission:**
   _____

   **Date(s) you treated the patient for condition:**
   _____

   **Was medication, other than over-the-counter medication, prescribed?   [ ] No  [ ] Yes**

   **Will the patient need to have treatment visits at least twice per year due to the condition?  [ ] No  [ ] Yes**

   **Was the patient referred to other health care provider(s) for evaluation or treatment (e.g., physical therapist)?**
   **[ ] No  [ ] Yes.  If so, state the nature of such treatments and expected duration of treatment:**
   _____
   _____

2. **Is the medical condition pregnancy?  [ ] No [ ] Yes.  If so, expected delivery date:**
   _____
   Leave may be available for either baby bonding or in the event of a serious health condition.  Please indicate the
   amount of time off needed for each category:

   Baby bonding _____

   Serious Health Condition _____

   If this information changes during the leave, please provide updated medical certification.

3. **Use the information provided by the employer in Section I to answer this question. If the employer fails to**
   **provide a list of the employee's essential functions or a job description, answer these questions based upon the**
   **employee's own description of his/her job functions.**

   **Is the employee unable to perform any of his/her job functions due to the condition?  [ ] No [ ] Yes.**

   **If so, identify the job functions the employee is unable to perform:**
   _____

4. **Describe other relevant facts, if any, related to the condition for which the employee seeks leave (such medical**
   **facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized**
   **equipment):**
   _____
   _____
   _____
   _____
   _____

**CONTINUED ON NEXT PAGE**

LTR032 - New Leave Request Packet (Non California, For Self)                    Version 2.1

BLM000800

Kristina Mikhaylova                    Payroll # 72061886                              Store #72001

## PART B: AMOUNT OF LEAVE NEEDED

5.  Will the employee be incapacitated for a single continuous period of time, including any time for treatment and recovery?  [ ] No  [ ] Yes

    If so, estimate the beginning and ending dates for the period of incapacity:
    _____

6.  Will the employee need to attend follow-up treatment appointments or work part-time or on a reduced schedule because of the employee's medical condition?  [ ] No  [ ] Yes

    If so, are the treatments or the reduced number of hours of work medically necessary? [ ] No  [ ] Yes

    Estimate treatment schedule, if any, including the dates of any scheduled appointments and the time required for each appointment, including any recovery period:
    _____

    _____

    Estimate the part-time or reduced work schedule the employee needs, if any:

    _____ hours per day _____ days per week from _____ to _____

7.  Will the condition cause episodic flare-ups periodically preventing the employee from performing his/her job functions?  [ ] No [ ] Yes

    Is it medically necessary for the employee to be absent from work during the flare-ups?  [ ] No   Yes
    If so, explain: _____

    _____

    _____
    Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have over the next 6 months (e.g., 1 episode every 3 months lasting 1-2 days):

    Frequency: _____ times per _____ week(s) _____ month(s)

    Duration: _____ hours or _____ days per episode

    ADDITIONAL INFORMATION:  IDENTIFY QUESTION NUMBER WITH YOUR ADDITIONAL ANSWER

Page 3                                        CONTINUED ON NEXT PAGE

BLM000801

<u>Kristina Mikhaylova</u>                    <u>Payroll # 72061886</u>                    <u>Store #72001</u>

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____          _____
**Signature of Health Care Provider**                          **Date**


### PAPERWORK REDUCTION ACT NOTICE AND PUBLIC BURDEN STATEMENT

If submitted, it is mandatory for employers to retain a copy of this disclosure in their records for three years. 29 U.S.C. § 2616; 29 C.F.R. § 825.500. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. The Department of Labor estimates that it will take an average of 20 minutes for respondents to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, U.S. Department of Labor, Room S-3502, 200 Constitution Ave., NW, Washington, DC 20210.

Page 4

BLM000802

Kristina Mikhaylova_____ Payroll # 72061886_____ Store #72001

# *REQUEST FOR LEAVE OF ABSENCE*

- You may fax completed forms to HR Services 1-800-310-7740
- If you need assistance completing the forms, please contact your Human Resource Manager or HR Services at 1-800-234-6229(MACY).

Date Leave to Begin: _____(Approximate) Date Leave to End: _____

I request that I be granted an:
- *Original Leave of Absence*
- *Extension to my Leave of Absence*

I am requesting my leave for the following reason:
- To care for my newborn, or the placement of a child with me for adoption or foster care;
- A serious health condition that prevents me from performing an essential function of my job
- A serious health condition for which I need to provide care for:
   ___my spouse   ___domestic partner (as defined by Company policy)
   ___child ___parent
- My disability due to pregnancy or pregnancy related conditions.
- To care for a qualified ill/injured military service member (FMLA)
- Military Exigency leave  (FMLA)
- Unpaid leave when spouse is on leave from qualified military deployment
- Military leave (USERRA)
- Other:  please explain_____

Complete only if requesting leave on an intermittent basis:
Intermittent/Reduced hour schedule leave                              Proposed Schedule
 Reason for change in schedule-

I understand that:

1. If I am granted the leave of absence requested above, I am expected to return to work on or before the date indicated above that my leave is to end.  If I cannot return to work on this date, I must request an extension of my leave from my HR Services and Human Resources Manager.  I agree to submit any additional medical certification or documents requested by my Human Resource Manager and/or HR Services to support my leave of absence and/or any extension.
2. I will remain an employee of the Company while on an approved leave of absence unless my position is eliminated as a result of business needs.
3. I may not take a leave for the purpose of seeking, accepting or working at another place of employment.  I may not accept employment, or be self-employed, if it is inconsistent with the restrictions provided by my Health Care Provider.  Such actions while on a FMLA leave, or any other authorized leave, may be subject to discipline up to and including termination.
4. Insurance premiums that I am responsible for will be deducted automatically from any disability pay or salary continuation benefits I am entitled to receive.  I must directly pay any premiums not collected via payroll deductions, to Bloomingdale&apos;s.  Failure to pay insurance premiums due may result in my loss of insurance coverage.
5. For certain leaves, I may be required to exhaust all applicable paid time off first.  This may include PTO, holidays, or any other paid leave available to me.  Please refer to the paid time off policy for accrual while on leave of absence.
6. I must contact my Human Resource Manager and HR Services at least 2 weeks prior if possible and no later than 2 (two) business days prior to the date indicated as my return to work date.  Failure to do so may result in a delay in my return to work.
7. It is my obligation to notify HR Services of any change of address during my leave.

Employee Signature:                                                      Date:

What Next?
You may fax completed forms to 1-800-310-7740 or bloomingdales.loa@bloomingdales.com. If you need assistance completing the forms, please contact your Human Resource Manager or HR Services at 1-800-234-6229(MACY).

BLM000803

<u>Kristina Mikhaylova</u>          <u>Payroll # 72061886</u>          <u>Store #72001</u>

| Notice of Eligibility and Rights & Responsibilities (Family and Medical Leave Act) | U.S. Department of Labor Employment Standards Administration Wage and Hour Division |  |
| --- | --- | --- |

OMB Control Number: 1215-0181 Expires: 12/31/2011

In general, to be eligible an employee must have worked for an employer for at least 12 months, have worked at least 1,250 hours in the 12 months preceding the leave, and work at a site with at least 50 employees within 75 miles. While use of this form by employers is optional, a fully completed Form WH-381 provides employees with the information required by 29 C.F.R. § 825.300(b), which must be provided within five business days of the employee notifying the employer of the need for FMLA leave. Part B provides employees with information regarding their rights and responsibilities for taking FMLA leave, as required by 29 C.F.R. § 825.300(b), (c).

[PART A – NOTICE OF ELIGIBILITY]

To: Kristina Mikhaylova

From: <u>HR Services – Leave of Absence</u>

Date: 6/9/2017

On 06/08/2017 you informed us that you needed leave beginning on 04/23/2017 for:

[]        The birth of a child, or placement of a child with you for adoption or foster care;

[X]       Your own serious health condition;

[]        Because you are needed to care for your [ ] spouse; [ ] child; [ ] parent due to his/her serious health condition.

[]        Because of a qualifying exigency arising out of the fact that your [ ] spouse; [ ] son or daughter; [ ] parent is on active duty or call to active duty status in support of a contingency operation as a member of the National Guard or Reserves.

[]        Because you are the [ ] spouse; [ ] son or daughter; [ ] parent; [ ] next of kin of a covered service member with a serious injury or illness.

This notice is to inform you that you:

[X]       Are eligible for FMLA leave (See Part B below for Rights and Responsibilities)

[ ]       Are not eligible for FMLA leave, because (only one reason need be checked, although you may not be eligible for other reasons):

[ ]       You have not met the FMLA's 12-month length of service requirement. As of the first date of requested leave, you will have worked approximately  months towards this requirement.

[ ]       You have not met the FMLA's 1,250-hours-worked requirement.

[ ]       You do not work and/or report to a site with 50 or more employees within 75-miles.

If you have any questions, contact HR Services at 1-800-234-MACY or view the FMLA poster located in your store HR location.

LTR032 - New Leave Request Packet (Non California, For Self)                    Version 2.1

BLM000804

Kristina Mikhaylova_____ Payroll # 72061886_____ Store #72001

[PART B – RIGHTS AND RESPONSIBILITIES FOR TAKING FMLA LEAVE]

As explained in Part A, you meet the eligibility requirements for taking FMLA leave and still have FMLA leave available in the applicable 12-month period.  However, in order for us to determine whether your absence qualifies as FMLA leave, you must return the following information to us by 6/24/2017. (If a certification is requested, employers must allow at least 15 calendar days from receipt of this notice; additional time may be required in some circumstances.) If sufficient information is not provided in a timely manner, your leave may be denied.

[X]     Sufficient certification to support your request for FMLA leave. A certification form that sets forth the information necessary to support your request [X] is/ [ ] is not enclosed.

[ ]     Sufficient documentation to establish the required relationship between you and your family member.

[ ]     Other information needed: _____

If your leave does qualify as FMLA leave you will have the following responsibilities while on FMLA leave (only checked blanks apply):

[x]     If you are enrolled in benefits contact HR Services/Benefits at 1-800-234-6229(MACY) to make arrangements to continue to make your share of the premium payments on your health insurance to maintain health benefits while you are on leave.  You have a minimum 30-day (or, indicate longer period, if applicable) grace period in which to make premium payments.  If payment is not made timely, your group health insurance may be cancelled, provided we notify you in writing at least 15 days before the date that your health coverage will lapse, or, at our option, we may pay your share of the premiums during FMLA leave, and recover these payments from you upon your return to work.

[ ]     You will be required to use your available paid [ ] accrued PTO, and/or [ ] other leave during your FMLA absence.  This means that you will receive your paid leave and the leave will also be considered protected FMLA leave and counted against your FMLA leave entitlement.

[ ]     Due to your status within the company, you are considered a "key employee" as defined in the FMLA.  As a "key employee," restoration to employment may be denied following FMLA leave on the grounds that such restoration will cause substantial and grievous economic injury to us.  We [ ] have/ [ ] have not determined that restoring you to employment at the conclusion of FMLA leave will cause substantial and grievous economic harm to us.

[x]     While on leave you will be required to furnish us with periodic reports of your status and intent to return to work every 30 days.   (Indicate interval of periodic reports, as appropriate for the particular leave situation).

If the circumstances of your leave changes and you are able to return to work earlier than the date indicated on the reverse side of this form, you will be required to notify us at least two workdays prior to the date you intend to report for work.

If your leave does qualify as FMLA leave you will have the following rights while on FMLA leave:
You have a right under the FMLA for up to 12 weeks of unpaid leave in a 12-month period calculated as:

[ ]     the calendar year (January – December).

[ ]     a fixed leave year based on _____.

[ ]     the 12-month period measured forward from the date of your first FMLA leave usage.

[x]     a "rolling" 12-month period measured backward from the date of any FMLA leave usage.

Kristina Mikhaylova_____Payroll # 72061886_____Store #72001

- You have a right under the FMLA for up to 26 weeks of unpaid leave in a single 12-month period to care for a covered service member with a serious injury or illness. This single 12-month period commenced on

- Your health benefits must be maintained during any period of unpaid leave under the same conditions as if you continued to work.

- You must be reinstated to the same or an equivalent job with the same pay, benefits, and terms and conditions of employment on your return from FMLA-protected leave. (If your leave extends beyond the end of your FMLA entitlement, you do not have return rights under FMLA.)

- If you do not return to work following FMLA leave for a reason other than: 1) the continuation, recurrence, or onset of a serious health condition which would entitle you to FMLA leave; 2) the continuation, recurrence, or onset of a covered service member's serious injury or illness which would entitle you to FMLA leave; or 3) other circumstances beyond your control, you may be required to reimburse us for our share of health insurance premiums paid on your behalf during your FMLA leave.

- if we have not informed you above that you must use accrued paid leave while taking your unpaid FMLA leave entitlement, you have the right to have [ ] accrued sick days, [x] accrued PTO (as applicable) and/or [x] other leave run concurrently with your unpaid leave entitlement, provided you meet any applicable requirements of the leave policy. Applicable conditions related to the substitution of paid leave are referenced or set forth below. If you do not meet the requirements for taking paid leave, you remain entitled to take unpaid FMLA leave.

[x]   For a copy of conditions applicable to sick days/PTO/other leave usage please refer to the information under your benefits while on leave and/or the company PTO policy.

Once we obtain the information from you as specified above, we will inform you, within 5 business days, whether your leave will be designated as FMLA leave and count towards your FMLA leave entitlement.  If you have any questions, please do not hesitate to contact:

1-800-234-MACY (6229)

I acknowledge that when I notified the Company of my need for Family Medical Leave Act, the Company provided me with notice of my rights and obligations and answered any questions I had presented.

_____        _____
         Date                                    Signature of Employee

This form will need to be mailed to:        Leave of Absence
                                             P.O. Box 17427
                                             Clearwater, FL 33762-0427

LTR032 - New Leave Request Packet (Non California, For Self)                    Version 2.1

BLM000806