UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KRISTINA MIKHAYLOVA,

                Plaintiff,                19 **CIVIL** 8927 (GBD)

      -against-                    **JUDGMENT**

BLOOMINGDALE'S, INC.,
BLOOMINGDALE'S, INC., d/b/a
BLOOMINGDALE'S AND FORTY CARROTS,
BLOOMINGDALE'S, LLC,
BLOOMINGDALE'S, LLC d/b/a
BLOOMINGDALE'S NEW YORK, MACY'S,
INC., MACY'S, INC. d/b/a MACY'S OF NEW
YORK, CHRISTOPHER CASTELLANI,
individually, AND RICHARD LAW,
individually,

                Defendants.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated November 13, 2023, Defendants' motions for summary judgment, (ECF No. 104), is GRANTED.

Dated:  New York, New York
           November 13, 2023

                                            **RUBY J. KRAJICK**
                                            **Clerk of Court**

                         **BY:**

                                              **Deputy Clerk**