UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

KRISTINA MIKHAYLOVA,

                Plaintiff,

      -against-

BLOOMINGDALE'S, INC.,
BLOOMINGDALE'S, INC. d/b/a
BLOOMINGDALE'S AND FORTY CARROTS,
BLOOMINGDALE'S, LLC,
BLOOMINGDALE'S, LLC d/b/a
BLOOMINGDALE'S NEW YORK, MACY'S,
INC., MACY'S, INC. d/b/a MACY'S OF NEW
YORK, CHRISTOPHER CASTELLANI,
individually, AND RICHARD LAW,
individually,

                Defendants.

------------------------------------- x

MEMORANDUM DECISION AND ORDER

19 Civ. 08927 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The Clerk of Court is hereby directed to close this action.

Dated: November 15, 2023
       New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge