UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRISTINA MIKHAYLOVA,<br><br>     *Plaintiff,*<br><br> v.<br><br>BLOOMINGDALE'S, INC., BLOOMINGDALE'S, INC. d/b/a BLOOMINGDALE'S AND FORTY CARROTS, BLOOMINGDALE'S, LLC, BLOOMINGDALE'S, LLC d/b/a BLOOMINGDALE'S NEW YORK, MACY'S, INC., MACY'S, INC. d/b/a MACY'S OF NEW YORK, UNITED STOREWORKERS RETAIL, WHOLESALE AND DEPARTMENT STORE UNION AFL-CIO LOCAL 3 a/k/a LOCAL 3 UNITED STOREWORKERS RWDSU/UFCW, DENNIS DIAZ, individually, CHRISTOPHER CASTELLANI, individually, RICHARD LAW, individually, and BOBBY BOOKER, individually,<br><br>     *Defendants.* | Case No. 1:19-cv-08927-GDB-SLC<br><br>NOTICE OF APPLICATION FOR COSTS SOUGHT AGAINST PLAINTIFF |

  **PLEASE TAKE NOTICE** that Defendants, Bloomingdale's, LLC (formerly Bloomingdale's, Inc.), Macy's, Inc. and Christopher Castellani (hereinafter collectively, the "Defendants") Bill of Costs, the Declaration of Steven Gerber dated December 6, 2023, and the exhibits annexed thereto, and all other pleadings and proceedings herein, the Defendants will move before the Judgment Clerk, at the Daniel Patrick Moynihan United States Courthouse for the Southern District of New York located at 500 Pearl Street, New York, NY 10007, on December 20, 2023 at 9:30 a.m., or as soon thereafter as counsel may be heard, at a time and date to be determined as convenient by the Court, for an order pursuant to Rule 54 of the Federal Rules of Civil Procedure, Local Civil Rule 54.1, and 28 U.S.C. § 1920 granting fees and costs sought by the Defendants and granting such other relief that this Court deems proper.

Dated: Fairfield, New Jersey
December 6, 2023

                        Respectfully submitted,

By:    */s/ Steven Gerber*
        Steven Gerber
        BARTON GILMAN
        165 Passaic Avenue, Suite 107
        Fairfield, New Jersey 07004
        Telephone: (973) 256-9000
        Email: sgerber@bglaw.com


By:    */s/ Betty Thorne Tierney*
        Betty Thorne Tierney (admitted *Pro Hac Vice*)
        MACY'S, INC. LAW DEPARTMENT
        11477 Olde Cabin Rd., Suite 400
        Creve Coeur, Missouri 63141
        Telephone: (314) 342-6728
        Email: betty.tierney@macys.com

        *Attorneys for Defendants, Bloomingdale's, LLC, Macy's, Inc. and Christopher Castellani*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused to be served via CM/ECF, a true and correct copy of the foregoing Notice of Application for Costs Sought Against Plaintiff on:

>Melissa Mendoza, Esq.
>Derek Smith Law Group PLLC
>1 Penn Plaza, Suite 4905
>New York, NY 10119
>*Attorney for Plaintiff, Kristina Mikhaylova*

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

                                                */s/ Steven Gerber*
                                                Steven Gerber

Dated: December 6, 2023