BV/
PM/
WD/
NC/
ACL/

## SCHOEMAN UPDIKE KAUFMAN & GERBER LLP
## NEW MATTER MEMORANDUM

| CLIENT: Macy's, Inc. | DATE 12/21/2020 | NEW CLIENT No. 0006073 | MATTER No. 0000067 |
|---|---|---|---|
| **MATTER:** NOBLE-N.Y., Inc., v MACY'S CORPORATE SERVICES, LLC., KEITH BRADY, BRIAN MURPHY, EDWARD BENNETT MD, HEALTH ROVER LLC, FISHTECH SECURITY CONSULTANTS INC, GARY FISCHER, STUART WEISS, M.D., and INTELLIGENT CROWD SOLUTIONS, LLC, | **RESPONSIBLE OFFICER OF CLIENT:** Matthew S. Hendricks, Senior Counsel | | |
| **CLIENT ADDRESS:** Macy's Law Department 11477 Olde Cabin Road Suite 400 St. Louis, MO 63141 | **CLIENT PHONE:** 314-342-6354<br>**CELL PHONE:** 314-365-9637<br>**CLIENT FAX:** 314-342-6366<br>**CLIENT EMAIL:** Matt.Hendricks@macys.com | | |

| ORIGINATING ATTORNEY: Steven Gerber | BILLING ATTORNEY: Steven Gerber | OTHER ATTORNEYS WORKING ON MATTER: All New Jersey Attorneys, Jeremy Weintraub | SOURCE OF CLIENT/MATTER: Steve Gerber |
|---|---|---|---|

**DESCRIPTION OF MATTER/LEGAL ISSUE INVOLVED:**

Commercial Litigation – Breach of Contract Suit in Supreme Court of the State of NJ, County of Westchester

| BILLING ARRANGEMENTS:<br><br>TyMetrix # 12292<br><br>Macy's Rates<br><br>SPECIAL RATES:<br>$315/hour blended all attorneys<br>$131.50/paralegals | CLIENT TO BE BILLED MONTHLY:<br>☒ YES<br>☐ NO<br>IF NO, EXPLAIN:<br><br>IS THIS A CONTINGENT FEE ARRANGEMENT?<br>☐ YES   ☒ NO |
|---|---|

| RETAINER:<br>☐ YES<br>☒ NO | IF YES<br>AMOUNT OF RETAINER: _____<br><br>RETAINER:<br>☐ Received<br>☐ Promised by: | ENGAGEMENT AGREEMENT:<br>☐ In File<br>☒ Not Necessary Because: ongoing corporate client engagements by email<br><br>☐ To Be Received By: |
|---|---|---|

CONFLICT OF INTEREST: OTHER ENTITIES

02506.00129

| ADVERSE/POTENTIALLY ADVERSE | NON-ADVERSE/CLIENT RELATED |
|---|---|
| **Adverse Party:**<br><br>Noble-NY, Inc.<br><br>Anthony J. Genovesi. Jr.<br>Abrams, Fensterman, Fensterman, Eisman, Formato, Ferrara Wolf & Carone, LLP<br><br>**Potentially Adverse**<br><br>Keith Brady<br>Brian Murphy<br>Edward Bennett, MD<br>Health Rover LLC<br>Fishtech Security Consultants, Inc.<br>Gary Fischer<br>Stuart Weiss, MD<br>Intelligent Crowd Solutions, LLC<br><br>☐ Include First Name In Search | Macy's, Inc.<br>Macy's Merchandising Group<br>Macy's Retail Holdings, Inc.<br>Macy's Backstage, Inc.<br>Macy's Corporate Services, LLC<br>Bloomingdale's<br>Blue Mercury<br>FDS Bank<br>Department Stores National Bank<br><br><br>☐ Include First Name In Search |
| COMMENTS: | APPROVED, as to matter and billing arrangement:<br><br>s/ Steve Gerber |