Exhibit "B"

**Veritext, LLC - California Region**

Tel. (818) 551-7300 Email: clientservices-abi@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Betty T. Tierney<br>Macy's Corporate Services - Law Department<br>11477 Olde Cabin Road<br>Suite 400<br>Creve Coeur, MO, 63141 | Invoice #: | **5651945** |
|---|---|---|---|
| | | Invoice Date: | **3/18/2022** |
| | | Balance Due: | **$0.00** |

**Case: Mikhaylova, Kristina v. Bloomingdale's Inc (1:19CV08927GDB)**   **Proceeding Type: Depositions**

Job #: 5084339   |   Job Date: 3/8/2022   |   Delivery: Normal                                  Claim #: 9603

Location:         New York, NY
Billing Atty:     Betty T. Tierney
Scheduling Atty:  Betty T. Tierney Esq | Macy's Corporate Services - Law Department

| Witness: Kristina Mikhaylova | Quantity | Price | Amount |
|---|---:|---:|---:|
| Transcript Services - Original Transcript(s) | 305.00 | $4.70 | $1,433.50 |
| Transcript - Supplemental Surcharges* | 305.00 | $0.70 | $213.50 |
| Attendance - Full Day | 1.00 | $190.00 | $190.00 |
| Litigation Package - Secure File Suite | 1.00 | $25.00 | $25.00 |
| Production & Processing | 1.00 | $25.00 | $25.00 |
| Veritext Virtual Set-up | 1.00 | $195.00 | $195.00 |

Notes:   *Supplemental Surcharges Include: Expert/Medical/Technical
         Tymetrix no.: 9603

| | |
|---|---:|
| **Invoice Total:** | $2,082.00 |
| **Payment:** | ($2,082.00) |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $0.00 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| Remit to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | **Pay By ACH (Include invoice numbers):**<br>**A/C Name:** Veritext<br>**Bank Name:** BMO Harris Bank<br>**Bank Addr:** 311 W. Monroe Chicago, IL 60606<br>**Account No:** 4353454 **ABA:** 071000288<br>**Swift:** HATRUS44 | Invoice #:   **5651945**<br>Invoice Date:   **3/18/2022**<br>Balance Due:   **$0.00** |
|---|---|---|

Pay by Credit Card: www.veritext.com

# I N V O I C E

1 of 1

Everest Court Reporting LLC  
100 N. 18th St  
Suite 2001  
Philadelphia, PA 19103  
T: 215-341-3616

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 27225 | 12/7/2022 | 16505 |
| **Job Date** | **Case No.** ||
| 11/15/2022 | 19-8927 ||
| **Case Name** |||
| Kristina Mikhaylova v. Bloomingdale's Inc., et al. |||
| **Payment Terms** |||
| Due upon receipt |||

Steven Gerber  
Barton Gilman LLP  
165 Passaic Avenue, Suite 107  
Fairfield, NJ 07004

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Christopher Castellani | 148.00 | Pages | @ | 3.650 | 540.20 |
| Exhibit | 291.00 | Pages | @ | 0.350 | 101.85 |
| Videoconference | 1.00 | | @ | 0.000 | 0.00 |
| E-Litigation Package | 1.00 | | @ | 29.950 | 29.95 |

**TOTAL DUE   >>>**   **$672.00**  
AFTER 1/6/2023  PAY   $772.80

**Tax ID:** 82-4849405

*Please detach bottom portion and return with payment.*

Steven Gerber  
Barton Gilman LLP  
165 Passaic Avenue, Suite 107  
Fairfield, NJ 07004

Job No.      : 16505            BU ID        : B  
Case No.     : 19-8927  
Case Name    : Kristina Mikhaylova v. Bloomingdale's Inc., et al.

Invoice No.  : 27225            Invoice Date : 12/7/2022  
**Total Due**    : **$672.00**

AFTER 1/6/2023  PAY  $772.80

Remit To: **Everest Court Reporting**  
**12 Penns Trail**  
**Newtown, PA 18940**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:  
Card Number:  
Exp. Date:              Phone#:  
Billing Address:  
Zip:              Card Security Code:  
Amount to Charge:  
Cardholder's Signature:  
Email:

# I N V O I C E

1 of 1

Everest Court Reporting LLC
100 N. 18th St
Suite 2001
Philadelphia, PA 19103
T: 215-341-3616

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 27035 | 12/1/2022 | 16504 |
| Job Date | Case No. | |
| 11/10/2022 | 19-8927 | |

| Case Name |
|---|
| Kristina Mikhaylova v. Bloomingdale's Inc., et al. |

| Payment Terms |
|---|
| Due upon receipt |

BETTY TIERNEY
MACY'S, INC. LAW DEPARTMENT
7 West Seventh Street
Cincinnati, OH 45202

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Fred Becker | 194.00 | Pages | @ | 3.650 | 708.10 |
| Exhibit | 129.00 | Pages | @ | 0.350 | 45.15 |
| Videoconference | 1.00 | | @ | 0.000 | 0.00 |
| E-Litigation Package | 1.00 | | @ | 29.950 | 29.95 |
| **TOTAL DUE  >>>** | | | | | **$783.20** |
| AFTER 12/31/2022  PAY | | | | | $900.68 |

**Tax ID:** 82-4849405

*Please detach bottom portion and return with payment.*

BETTY TIERNEY
MACY'S, INC. LAW DEPARTMENT
7 West Seventh Street
Cincinnati, OH 45202

Job No.      : 16504             BU ID         : B
Case No.     : 19-8927
Case Name    : Kristina Mikhaylova v. Bloomingdale's Inc., et al.

Invoice No.  : 27035             Invoice Date  : 12/1/2022
**Total Due**    : **$783.20**

AFTER 12/31/2022  PAY  $900.68

Remit To: **Everest Court Reporting**
          **12 Penns Trail**
          **Newtown, PA 18940**

| PAYMENT WITH CREDIT CARD  AMEX  MasterCard  VISA |
|---|
| Cardholder's Name: |
| Card Number: |
| Exp. Date:                    Phone#: |
| Billing Address: |
| Zip:              Card Security Code: |
| Amount to Charge: |
| Cardholder's Signature: |
| Email: |

# INVOICE

1 of 1

Everest Court Reporting LLC
100 N. 18th St
Suite 2001
Philadelphia, PA 19103
T: 215-341-3616

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 27535 | 12/21/2022 | 16180 |
| **Job Date** | **Case No.** | |
| 10/28/2022 | 19-8927 | |
| **Case Name** | | |
| Kristina Mikhaylova v. Bloomingdale's Inc., et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Steven Gerber
Barton Gilman LLP
165 Passaic Avenue, Suite 107
Fairfield, NJ 07004

---

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Denis Diaz | 138.00 | Pages | @ | 3.650 | 503.70 |
| Exhibit | 80.00 | Pages | @ | 0.350 | 28.00 |
| Videoconference | 1.00 | | @ | 0.000 | 0.00 |
| E-Litigation Package | 1.00 | | @ | 29.950 | 29.95 |

**TOTAL DUE   >>>**      **$561.65**
AFTER 1/20/2023  PAY      $645.90

(-) **Payments/Credits:**      0.00
(+) **Finance Charges/Debits:**    84.25
(=) **New Balance:**       **$645.90**

**Tax ID:** 82-4849405

Please detach bottom portion and return with payment.

Steven Gerber
Barton Gilman LLP
165 Passaic Avenue, Suite 107
Fairfield, NJ 07004

Job No.     : 16180         BU ID     : B
Case No.    : 19-8927
Case Name   : Kristina Mikhaylova v. Bloomingdale's Inc., et al.

Invoice No. : 27535         Invoice Date : 12/21/2022
**Total Due**   : **$645.90**

| **PAYMENT WITH CREDIT CARD** | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To: **Everest Court Reporting**
**12 Penns Trail**
**Newtown, PA 18940**

# I N V O I C E

1 of 1

Everest Court Reporting LLC
100 N. 18th St
Suite 2001
Philadelphia, PA 19103
T: 215-341-3616

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 27760 | 12/28/2022 | 16579 |
| Job Date | Case No. | |
| 12/5/2022 | 19-8927 | |
| Case Name | | |
| Kristina Mikhaylova v. Bloomingdale's Inc., et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

BETTY TIERNEY
MACY'S, INC. LAW DEPARTMENT
7 West Seventh Street
Cincinnati, OH 45202

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Richard Law | 214.00 | Pages | @ | 3.650 | 781.10 |
| Exhibit | 215.00 | Pages | @ | 0.350 | 75.25 |
| Videoconference | 1.00 | | @ | 0.000 | 0.00 |
| E-Litigation Package | 1.00 | | @ | 29.950 | 29.95 |

**TOTAL DUE  >>>**   **$886.30**
AFTER 1/27/2023  PAY   $1,019.25

**Tax ID:** 82-4849405

*Please detach bottom portion and return with payment.*

BETTY TIERNEY
MACY'S, INC. LAW DEPARTMENT
7 West Seventh Street
Cincinnati, OH 45202

Job No.    : 16579          BU ID       : B
Case No.   : 19-8927
Case Name  : Kristina Mikhaylova v. Bloomingdale's Inc., et al.

Invoice No.   : 27760        Invoice Date  : 12/28/2022
**Total Due**    : **$886.30**
AFTER 1/27/2023  PAY  $1,019.25

Remit To: **Everest Court Reporting**
          **12 Penns Trail**
          **Newtown, PA 18940**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA
Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email: