UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRISTINA MIKHAYLOVA, | Civil Action No. 1:19-cv-08927-GDB |
| Plaintiff, | **NOTICE OF PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT** |
| -against- | |
| BLOOMINGDALE'S, INC., BLOOMINGDALE'S, INC. d/b/a BLOOMINGDALE'S AND FORTY CARROTS, BLOOMINGDALE'S, LLC, BLOOMINGDALE'S, LLC d/b/a BLOOMINGDALE'S NEW YORK, MACY'S, INC., MACY'S, INC. d/b/a MACY'S OF NEW YORK, UNITED STOREWORKERS RETAIL, WHOLESALE AND DEPARTMENT STORE UNION AFL-CIO LOCAL 3 a/k/a LOCAL 3 UNITED STOREWORKERS RWDSU/UFCW, DENNIS DIAZ, individually, CHRISTOPHER CASTELLANI, individually, RICHARD LAW, individually, and BOBBY BOOKER, individually, | |
| Defendants. | |

Please take notice that upon the annexed affirmation of Melissa Mendoza, Esq. and accompanying Memorandum of Law, a motion will be made as follows:

PLACE OF MOTION:	U.S. District Court
Southern District of New York, before Hon.
George B. Daniels
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

OBJECT OF MOTION:	An Order granting motion to alter or
amend the Court's Judgment of
November 13, 2023, to dismiss
Plaintiff's pregnancy, sex/gender, and
disability discrimination, retaliation,

1

failure to accommodate claims under the New York State Human Rights Law, N.Y. Exec. Law 278 (NYSHRL) and the New York City Administrative Code 8-107 ("NYCHRL") without prejudice, together with such other and further relief the Court deems just and proper.

Dated: December 11, 2023
New York, New York

DEREK SMITH LAW GROUP, PLLC
*Attorneys for Plaintiff*

/s/Melissa Mendoza
Melissa Mendoza, Esq.
Derek Smith Law Group, PLLC
One Pennsylvania Plaza Suite 4905
New York, New York 100119
Telephone: (212) 587-0760
melissa@dereksmithlaw.com