

December 12, 2023

**VIA ECF**
Honorable George B. Daniels, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

       **Re: Kristina Mikhaylova v. Bloomingdales, Inc., et al.**
       **Docket No.: 19-cv-08927**

Dear Honorable District Court Judge Daniels:

    We represent the Plaintiff in the above referenced matter. On December 6, 2023, Defendants filed a Bill of Costs. See Dkt. 149. On December 11, 2023, Plaintiff filed her Motion to Alter/Amend Judgment. See Dkt. 150. After Plaintiff filed her Motion to Alter/Amend Judgment, Plaintiff agreed to withdraw her Motion to Alter/Amend Judgment and not file an appeal in exchange for Defendants not re-filing their Bill of Costs. Consequently, Plaintiff hereby withdraws her Motion to Alter/Amend Judgment.

    We thank the Court for its consideration in this matter.

                        Respectfully submitted,
                        DEREK SMITH LAW GROUP, PLLC

                        Melissa Mendoza, Esq.
                        *Attorney for Plaintiff*