UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
KRISTINA MIKHAYLOVA,

                       Plaintiff,

      -against-                            ORDER

BLOOMINGDALE'S, INC., BLOOMINGDALE'S,       19 Civ. 08927 (GBD)
INC. d/b/a BLOOMINGDALE'S AND FORTY
CARROTS, BLOOMINGDALE'S, LLC,
BLOOMINGDALE'S, LLC d/b/a
BLOOMINGDALE'S NEW YORK, MACY'S, INC.,
MACY'S, INC. d/b/a MACY'S OF NEW YORK,
UNITED STOREWORKERS RETAIL,
WHOLESALE AND DEPARTMENT STORE
UNION AFL-CIO LOCAL 3 a/k/a LOCAL 3
UNITED STOREWORKERS RWDSU/UFCW,
DENNIS DIAZ, individually, CHRISTOPHER
CASTELLANI, individually, RICHARD LAW,
individually, and BOBBY BOOKER, individually,

                     Defendants.
------------------------------------x

GEORGE B. DANIELS, United States District Judge:

       Plaintiff withdrew her Motion to Alter Judgment, (ECF No. 150), via a letter filed on the docket, (ECF No. 151.)   Accordingly, the Clerk of Court is directed to close the open motions at ECF Nos. 150 and 151.

Dated: January 8, 2024
       New York, New York

                                                              SO ORDERED.

                                                             GEORGE B. DANIELS
                                                              United States District Judge